B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Gottschalks Inc., a Delaware corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Expressions, Gottschalks, Gottschalks/Harris and Village East | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 77-0159791 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>7 River Park Place East<br>Fresno, CA<br>ZIP CODE 93720 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Fresno County, CA | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Post Office Box 28920<br>Fresno, CA<br>ZIP CODE 93729 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other Retail Department Stores | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer, debts defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts |
|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

American LegalNet, Inc.<br>www.FormsWorkflow.com

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Gottschalks Inc., a Delaware corporation |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

## Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

American LegalNet, Inc. www.FormsWorkflow.com

B 1 (Official Form) 1 (1/08)

Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>Gottschalks Inc., a Delaware corporation |
|---|---|

<table>
<tr><td colspan="2" align="center"><b>Signatures</b></td></tr>
<tr>
<td><b>Signature(s) of Debtor(s) (Individual/Joint)</b></td>
<td><b>Signature of a Foreign Representative</b></td>
</tr>
</table>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

X _____

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
Mark D. Collins, Esq.
Printed Name of Attorney for Debtor(s)
Richards, Layton & Finger, P.A.
Firm Name
920 N. King Street, One Rodney Square
Address
Wilmington, Delaware 19801
(302) 651-7700
Telephone Number
January 14, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
J. Gregory Ambro
Printed Name of Authorized Individual
EVP-COO
Title of Authorized Individual
Jan. 14, 2009
Date

American LegalNet, Inc.<br>www.FormsWorkflow.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 11** |
| **GOTTSCHALKS INC., a Delaware corporation,** | ) ) ) | **Case No. 09-_____ (   )** |
| **Debtor.** | ) ) ) | |

## EXHIBIT "A" TO VOLUNTARY PETITION

1.      If any of debtor's securities are registered under Section 12 of the Securities and Exchange Act of 1934, the SEC file number is 1-09100.

2.      The following financial data is the latest available information and refers to the debtor's condition on January 3, 2009.

|  |  |  |
|---|---|---|
| a. | Total assets | $288,438,000.00[1] |
| b. | Total debts (including debts listed in 2.c., below) | $197,072,000.00 |

Approximate number of holders

c.      Debt securities held by more than 500 holders.

| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

d.      Number of shares of preferred stock        0        0

e.      Number of shares of common stock        13,269,115        661

Comments, if any:_____

3.      Brief description of debtor's business:  The Debtor is a regional department and specialty store chain based in Fresno, CA.  The Debtor currently operates 59 full-time "Gottschalks" department stores and 3 "Village East" specialty stores.  The Debtor's stores are located in California, Washington, Oregon, Nevada, Idaho and Alaska.

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  The Harris Company, Joe Levy, Dimension Fund Advisors L.P., AmTrust Capital Management, Inc., and Defiance Asset Management, LLC.

---

[1]  IMPORTANT:  This value represents the book value of the debtor's assets as of January 3, 2009, and does not necessary represent the fair market value of such assets.

# RESOLUTIONS
## OF
## BOARD OF DIRECTORS
## OF
## GOTTSCHALKS INC.

### ADOPTED: JANUARY 13, 2009

The Board of Directors (the "**Board**") of Gottschalks Inc., a Delaware corporation (the "**Company**"), hereby adopts the following recitals and resolutions, as the action of the Board of Directors of the Company:

WHEREAS, the Board has reviewed, considered, and received the recommendations of the senior management of the Company and the Company's professionals and advisors as to the relative risks and benefits of a chapter 11 bankruptcy proceeding;

WHEREAS, (i) the Company's access to its line of credit has been reduced by certain reserves and reductions in its borrowing base; (ii) as a result the Company projects that without a chapter 11 bankruptcy filing it will default under its line of credit with its senior lenders and be unable to borrow thereunder; (iii) the Company is unable to obtain additional credit without a chapter 11 bankruptcy filing; and (iv) the Company would be unable to meet its current obligations necessary to continue operations;

WHEREAS, the Company has exhausted its efforts to secure additional capital from third party sources outside of a bankruptcy filing;

WHEREAS, the Company has determined that it is in the best interests of its stakeholders to explore the sale of its business as a going concern and consider other asset disposition options;

WHEREAS, the Company has negotiated, and the Board has reviewed and considered, a Senior Secured, Super-Priority Debtor-In-Possession Credit Agreement (the "**Loan Agreement**"; capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Loan Agreement) with the lenders from time to time party thereto (the "**Lenders**") and General Electric Capital Corporation, as agent for the Lenders;

WHEREAS, the Loan Agreement provides for the extension of financing facilities in an aggregate principal amount of up to $125,000,000 by the Lenders to the Company pursuant to the terms and conditions set forth in the Loan Agreement and such financing facilities provided under the Loan Agreement will be used to fund the working capital requirements of the Company during the pendency of the chapter 11 case;

WHEREAS, in connection with the Loan Agreement, the Company is required to enter into, execute and deliver certain related documents referred to in the Loan Agreement (collectively with the Loan Agreement, the "**Loan Documents**");

WHEREAS, the Board, at a properly convened meeting duly noticed and attended on the date hereof, has considered the financial and operational aspects of the business of the Company, including the assets and liabilities of the Company; and

WHEREAS, the Board has reviewed the historical and current performance of the Company, the market for the goods sold by the Company, and the current and long-term liabilities of the Company on the date hereof.

NOW THEREFORE, be it:

RESOLVED, that, based on factors and information deemed relevant by the Board, in the judgment of the Board, it is in the best interest of the Company, its creditors, its shareholders and other interested parties, under the circumstances set forth herein, that (i) a petition be filed pursuant to chapter 11 of the United States Bankruptcy Code on behalf of the Company to preserve the value available to the creditors and shareholders of the Company, and (ii) the Company enter into the Loan Agreement in order to secure financing to fund the working capital requirements of the Company during the pendency of the chapter 11 case;

FURTHER RESOLVED, that the Officers of the Company be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to file a petition pursuant to chapter 11 of the United States Bankruptcy Code on or after January 14, 2009, if the Officers deem it appropriate to protect the interests of the Company's stakeholders;

FURTHER RESOLVED, that the form, terms and conditions of the Loan Documents are hereby approved;

FURTHER RESOLVED, that the Company is authorized to (a) obtain Loans (as defined in the Loan Agreement) under the Loan Agreement in an aggregate principal amount not to exceed $125,000,000 and (b) to grant liens on its assets. pursuant to the Security Agreement (as defined in the Loan Agreement) and the other Collateral Documents (as defined in the Loan Agreement), in favor of General Electric Capital Corporation, as agent for the Lenders, to secure the Company's obligations to the Lenders and General Electric Capital Corporation under the Loan Documents;

FURTHER RESOLVED, that the Officers of the Company be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute, deliver and perform pursuant to the Loan Documents in substantially the form presented to the Board, with such additions, deletions, modifications or other changes thereto as such Officers executing the same shall have determined to be desirable, such determination to be conclusively evidenced by the execution thereof;

FURTHER RESOLVED, that the Officers of the Company be, and they hereby are, authorized and directed to employ the law firm of O'Melveny & Myers LLP as general bankruptcy counsel to the Company, and the law firm of Richards, Layton & Finger, P.A. as local bankruptcy counsel to the Company, in each case to represent and assist the Company in filing under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights, and, in connection therewith, the Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and

to cause to be filed an appropriate application for authority to retain the services of O'Melveny & Myers LLP and of Richards, Layton & Finger, P.A.;

FURTHER RESOLVED, that the Officers of the Company be, and they hereby are, authorized and directed to employ additional professionals, including any attorneys, financial advisors or consultants to the Company as the Officers deem necessary to represent and assist the Company in carrying out its duties under Title 11 of the United States Code; and, in connection therewith, the Officers of the Company are hereby authorized and directed, on behalf of, and in the name of, the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of such additional professionals;

FURTHER RESOLVED, that the Officers of the Company be, and they hereby are, authorized and empowered, on behalf of, and in the name of, the Company, to take or cause to be taken any and all such other and further actions, and to execute, acknowledge, deliver and file any and all such instruments, applications, certificates, agreements, or any other instruments or documents or amendments or supplements thereto as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

FURTHER RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board, on behalf of, and in the name of, the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

FURTHER RESOLVED, that filing of a voluntary petition on behalf of the Company be, and the same hereby is, approved and adopted in all respects and that the Executive Vice President and Chief Operating Officer be, and hereby is, authorized, on behalf of the Company, to execute and verify a petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Delaware, or in such other jurisdiction or court as said officer may deem necessary or appropriate.

CERTIFICATION

I, Daniel T. Warzenski, Vice President, Chief Financial Officer and Secretary of Gottschalks Inc., a Delaware corporation, do hereby certify that the foregoing is a true and complete copy of a resolutions adopted by the Board of Directors of said corporation at a duly authorized meeting, at which a quorum was present; and that such resolution is now in full force and effect and has not been altered, amended, or revoked.

IN WITNESS WHEREOF, I have hereunto set my hand this 13 day of January 2009.

SF1:735217                                    S-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOTTSCHALKS INC., a Delaware corporation, | ) | Case No. 09-_____ (    ) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 77-0159791 | ) | |

### LIST OF CREDITORS HOLDING 20
### LARGEST CLAIMS AGAINST THE DEBTOR

Attached hereto is a list (the "Top 20 List") of the creditors holding the twenty (20) largest unsecured claims against Gottschalks Inc., the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"). The list was prepared in accordance with Fed.R.Bankr. P. 1007(d) for filing in this chapter 11 case. Unless otherwise indicated, the list of creditors does not include (1) persons falling under the definition of "insider" as defined in 11 U.S.C. § 101, or (2) secured creditors, unless the value of collateral is such that the unsecured deficiency places the creditor among the holders of the twenty (20) largest claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

[Creditor Listing Begins on Next Page]

RLF1-3358201-2

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

| Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, Fax Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Dept. of Creditor Familiar With Claim Who May Be Contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| The Harris Company<br>McPeters, McAlearney, Shimoff & Hatt<br>4 Redlands Blvd, 2nd Floor<br>Redlands, CA 92373  (P.O. Box 2084) | TOM MCPETERS | Note Payable | | $    16,179,600.00 |
| LIZ CLAIBORNE<br>2 CLAIBORNE AVE.<br>NORTH BERGEN, NJ 07047 | KELLY CERANSKY | Merchandise Payable | | $    2,098,608.78 |
| THE CIT GROUP/COMMERCIAL SERVICES INC<br>300 SOUTH GRAND AVE<br>LOS ANGELES, CA 90071 | TONY CHENG | Merchandise Payable | | $    1,513,111.16 |
| FINLAY FINE JEWELRY<br>521 FIFTH AVE<br>NEW YORK, NY 10175 | JOE MELVIN | Merchandise Payable | | $    1,125,428.00 |
| THE ESTEE LAUDER COMPANIES, INC.<br>7 CORPORATE CENTER DR.<br>MELVILLE, NY  11747 | JOHN CAMMARATA | Merchandise Payable | | $    885,372.38 |
| WELLS FARGO CENTURY<br>119 W. 40TH STREET<br>NEW, NY  10018 | ARNOLD PERSILY | Merchandise Payable | | $    680,191.20 |
| JONES GROUP<br>45 FERNWOOD AVE.<br>EDISON, JY  08837 | JOSEPH ZUFOLO | Merchandise Payable | | $    566,802.74 |
| LOREAL<br>77 DEANS RHODE HALL ROAD<br>MONMOUTH JUNCTION, NJ  08852 | HOWARD HOLSTEIN | Merchandise Payable | | $    537,508.52 |
| ALFRED DUNNER<br>1411 BROADWAY<br>NEW YORK, NY 10018 | YUNETTE ROWE | Merchandise Payable | | $    490,321.91 |
| PHILLIPS-VAN HEUSEN<br>1001 FRONTIER RD<br>BRIDGEWATER, NJ  08807 | EILEEN GENNUSA | Merchandise Payable | | $    477,219.93 |
| BYER CALIFORNIA<br>66 POTRERO AVE.<br>SAN FRANCISCO, CA  94103 | TIM HANLON | Merchandise Payable | | $    460,442.81 |
| MERCHSOURCE LLC<br>19511 PAULING<br>FOOTHILL RANCH, CA 92610 | PAUL SUNNY | Merchandise Payable | | $    456,809.88 |
| SARA LEE/HANES BRANDS<br>21700 NETWORK PLACE<br>CHICAGO, IL  60673-1217 | SHELLY VICKERS | Merchandise Payable | | $    442,311.45 |
| QUIKSILVER INC<br>15202 GRAHAM ST<br>HUNTINGTON BEACH, CA  92649 | RENEE BOYLE | Merchandise Payable | | $    438,390.19 |
| SUPPLYONE<br>26401 RICHMOND RD<br>CLEVELAND, OH  44146 | JOHN MULLEN | Expense Payables | | $    358,001.11 |
| THE FRESNO BEE<br>1626 E STREET<br>FRESNO, CA 93786 | AIKO KAMINE | Expense Payables | | $    354,258.89 |
| SMART APPAREL/NAUTICA<br>2075 QUAKER POINTE DRIVE<br>QUAKERTOWN, PA  18951 | KATHY NEUMANN | Merchandise Payable | | $    319,479.11 |
| SAS<br>SAS DRIVE<br>SAN ANTONIO, TX  78224-5990 | GREG BUCKLEY | Merchandise Payable | | $    317,006.28 |

**LIST OF CREDITORS HOLDING 20 LARGEST**
**UNSECURED CLAIMS**

| Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, Fax Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Dept. of Creditor Familiar With Claim Who May Be Contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| COLUMBIA SPORTSWEAR COMPANY 14375 NW SCIENCE PARK DRIVE PORTLAND, OR 97229 | JEAN BOUDREAU | Merchandise Payable | | $ 277,996.73 |
| WARNACO 470 WHEELER'S FARM ROAD MILFORD, CT 06461 | WILLIAM FONTANEZ | Merchandise Payable | | $ 275,149.08 |
| | | | Total | $ 28,254,010.15 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOTTSCHALKS INC., a Delaware corporation, | ) | Case No. 09-_____ (    ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 77-0159791 | ) | |

## CERTIFICATION CONCERNING LIST
## OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Gottschalks Inc., a Delaware corporation, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), hereby certifies under penalty of perjury that the *List of Creditors Holding 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records; however, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this

__14__ day of January, 2009.

Signature
By:     J. Gregory Ambro
       Executive Vice President and
       Chief Operating Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GOTTSCHALKS INC., a Delaware corporation, | ) | Case No. 09-_____ (    ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 77-0159791 | ) | |

## LIST OF EQUITY SECURITY HOLDERS

A list of the Equity Security Holders for Gottschalks Inc., the debtor and debtor in possession in the above-captioned chapter 11 case, is attached hereto.

[Equity List Begins on Next Page]

RLF1-3358201-2

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
| --- | --- |
| JAMES L ADAIR JR | 30 |
| AGNES WALSH SPROUSE TR | 200 |
| CYNTHIA ALEI | 1086 |
| MICKEY ALLEN | 200 |
| PATRICIA D COULTER AS CUSTODIAN | 10 |
| APEX SECURITY SERVICES INC | 15 |
| AUDRA ARELLANO | 2 |
| RICHARD ARENAS & | 100 |
| ALLAN ARP | 69 |
| ROMNEE AUERBACH | 42 |
| MARIAN RUTH AYERS | 200 |
| MICHAEL AYERS | 10 |
| ART AZEVEDO | 5 |
| NANCY BACCIARINI | 72 |
| SABRA BAILEY | 65 |
| ROBERT L BAKER III & | 100 |
| THOMAS M BAKER & | 130 |
| BANK OF AMERICA FBO DOLORES | 5 |
| RICHARD L BANUELOS | 240 |
| ROSAMOND BARCUS | 6 |
| JAN BARLOW | 61 |
| DEVERY BARNES | 100 |
| LORCAN P BARNES & | 10 |
| U S TRUST CO OF NEW YORK TR | 96 |
| RUBY BARTON | 4 |
| RUBY BARTON | 6 |
| DONALD E BASTADY | 6 |
| KENNETH H BAUM | 1 |
| N RIDGELY BEALE CUST | 1 |
| N RIDGELY BEALE CUST | 1 |
| BOUVIER BEALE JR AS CUSTODIAN | 1 |
| N RIDGELY BEALE CUST | 1 |
| BOUVIER BEALE JR AS CUSTODIAN | 1 |
| TIMOTHY C BEDROSIAN AS CUSTODIAN | 725 |
| TIMOTHY C BEDROSIAN AS CUSTODIAN | 725 |
| ROBERT M BEILAGE & | 200 |
| KAREN M BELL & | 100 |
| PATRICIA M BENEFIELD | 100 |
| RHONDA BENHAM | 18 |
| DALTON C BERGAN & | 100 |
| J WARREN BEST | 50 |
| BETTY C NEEL TR UA APR 27 93 | 100 |
| JOAN BISHOP | 3 |
| SAL BLANCO & | 100 |
| SHELLY BLUM | 6000 |
| TODD BLUM | 2500 |
| JOHN BLUMER CUST | 30 |
| CALVIN H BOTTUM & | 200 |
| GARY BOUDREAUX | 36 |
| IRENE BOURZAC | 85 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| MARCOS MIGUEL YOUNG BOWERS | 20 |
| MARCIA A BRABECK AS CUSTODIAN FOR | 13 |
| JERRY DON BRACKETT & | 150 |
| MARDI BRICK | 65 |
| JILL MARGARET BROCK | 900 |
| CHARLES BROUGH & | 100 |
| CHAD G BROWN | 200 |
| CHARLES RUSSELL BROWN & | 100 |
| LUTHERENE BROWN & | 100 |
| SAMUEL M BROWN & | 20 |
| THELMA HAMERSLAGH AS CUSTODIAN | 10 |
| KATHY BROWNING | 11 |
| ELAINE B BUCHANAN | 3 |
| BRAD J BURFORD & | 50 |
| MADELINE J BUSH | 1000 |
| EMMA JENSEN AS CUSTODIAN FOR | 3 |
| HENRY CAMACHO | 108 |
| CARROLL E CAMERON & | 100 |
| NANCY CAMPBELL | 44 |
| ROBERT C CARDWELL & | 100 |
| JOSEPH P CARRARA & | 100 |
| ALEXANDRA CARRILLO | 1 |
| CARROLYN CARROLL | 65 |
| JIMMIE D CARTER & | 100 |
| TONY O CARTER | 190 |
| MARTY CARTWRIGHT | 8 |
| GLORIA L CASARES | 150 |
| JERRY CASCIA | 135 |
| WILLIS H CASE & | 100 |
| KEVIN J CASKEY | 100 |
| BENITO J CASTELLANOS JR & | 90 |
| BENITO J CASTELLANOS III | 15 |
| JODY DRU LEVY | 6000 |
| JODY LEVY TR UA JUL 8 96 | 4500 |
| JODY LEVY-SCHLESINGER TA UA 8 96 | 2000 |
| CASTY S CAUDILLO & | 450 |
| CEDE & CO | 9715078 |
| HELEN CHANCELLOR | 7 |
| IRENE CHAVARRIA & | 40 |
| ALEXANDRA STELLA CHRISMAN | 20 |
| TAYLOR CHRISMAN | 20 |
| JANICE S CHRISTENSEN | 10 |
| BOB CHRISTIAN & | 40 |
| CRAIG CLARK | 11 |
| RHONDA CLARKE | 7 |
| KATHY A CLEMENTS | 100 |
| LINDLEY E CLEVENGER | 400 |
| RICHARD G CLORE & | 500 |
| RICHARD G CLORE & | 300 |
| KELLI D CLUQUE | 100 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| JIM COATS & | 20 |
| ARTHUR W COLE | 100 |
| BENJAMIN M COLLING TR UA | 600 |
| ROBERT S COLLINS | 10 |
| RICHARD L COOLEY & | 10 |
| ROBERT L COONTZ JR & SHEILA R | 235 |
| HARRY G COSTIS & | 5000 |
| MICHELE COTTLE AS CUST FOR | 4 |
| STEVE COX & | 20 |
| THOMAS L CRAM | 100 |
| LORA RENAE CROOK | 2 |
| DAVID ALLEN CURRY | 6 |
| DAVID A CURRY | 17 |
| JAMES CURTIS | 25 |
| BARBARA DAHL | 1 |
| WILFORD S DAHME | 300 |
| VIRGINIA DALENA | 100 |
| DAVID L DAVIDSON | 1 |
| ROD A DAVIDSON CUST | 20 |
| ROD A DAVIDSON CUST | 20 |
| DEBRA HIRAOKA TRUSTEE | 500 |
| DELAWARE STATE ESCHEATOR | 2 |
| KATHY DELCO | 17 |
| GERALD H DELFINO & | 50 |
| DENNIS W GOBBY & MARGIE L GOBBY | 100 |
| LINDA ROBINSON AS CUSTODIAN FOR | 1 |
| JOHN DERVIN AS CUSTODIAN | 10 |
| JOSEPH T DIAS & | 100 |
| DONNA MAE SINCLEAR TR UA | 100 |
| LAVON DORVAL & | 6 |
| BRIDGET E DORY | 1 |
| DOLORES A DOUGLAS & | 200 |
| GAIL A ROSENTHAL AS CUSTODIAN FOR | 6 |
| CHRISTY M DOUGLASS | 6 |
| GENE DOWDY | 2 |
| TAMARA LYNN DRAGT | 7 |
| T RICHARD DUFFIN & | 100 |
| ARLENE SHAYER AS CUSTODIAN FOR | 18 |
| MARILYN L RODGERS AS CUSTODIAN | 12 |
| ECONOMICS CLASS MHS CLUB | 1 |
| MARY ELLEN EDLING TR UA AUG 5 92 | 100 |
| PATRICK J EIDEMILLER | 150 |
| JEANETTE EKIZIAN | 79 |
| MICHAEL F ELKINS AS CUSTODIAN FOR | 5 |
| L WAYNE ELLIS & | 25 |
| THOMAS D ELWOOD & | 100 |
| EMANUEL EPSTEIN & HAZEL L | 800 |
| BONNIE ENGLE & | 100 |
| AZNIVE ERGANIAN AS CUSTODIAN | 1000 |
| LADONNA MARNELL ESAU & | 42 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| DONNA LYNN ESRAELIAN | 10 |
| MILDI ESTERMQNN | 3 |
| TERESA EWAY | 5 |
| JOHN EYMANN & | 100 |
| PATRICIA A FAGAN | 40 |
| NANCY FARMINER | 62 |
| JOANNE FEATHERMAN CUST | 1 |
| WINNIE W FINDLEY AS CUSTODIAN FOR | 100 |
| WINNIE FINDLEY | 200 |
| CHARLES SCHWAB & CO INC | 337 |
| CAROL J FOCHA | 500 |
| NATALIE FONTES AS CUSTODIAN FOR | 100 |
| MERRILL LYNCH | 28 |
| CHARLES GEORGE FOSTER & | 100 |
| SUSAN FOX AS CUSTODIAN | 10 |
| CHERYL FRALEY | 5 |
| DAVID G FRANA & | 25 |
| JAMIE LEA FRANCE | 100 |
| NATALIE M FRANSCIONI | 65 |
| EDLA JANE FRANZ | 50 |
| CHRISTOPHER JOSEPH FREDERICKS | 7 |
| FREMONT INVESTMENT & LOAN | 25 |
| CAROL FRIEDMAN | 2000 |
| JOAN E FRITZ | 40 |
| LOIS FRYCKMAN | 14 |
| DEBBIE C FUGATE AS CUSTODIAN | 1 |
| LUTHER FULLER & | 8 |
| SHAWN GADBERRY | 7 |
| WILLIAM M MAKI AS CUSTODIAN FOR | 4 |
| TAMI GANN | 26 |
| MIKE A GAONA & | 50 |
| CATIE GARCIA | 22 |
| FLORENCIO GARCIA | 8 |
| DENNIS C GARRETT | 200 |
| JAIME H GARZA JR & | 40 |
| DENISE M GARZA AS CUSTODIAN FOR | 5 |
| AARON GASSETT | 10 |
| LARRY W GAY & | 100 |
| LYDIA GENNUSO | 313 |
| GEORGE M GEORGE & | 400 |
| MARION P TOCCHIO AS CUSTODIAN | 50 |
| KATHY GILL | 63 |
| MARTHA L GLASER | 200 |
| DAVID P GLASS | 20 |
| VICTOR C GLAZE & | 10 |
| DEBORAH MICHELE GONSALVES | 50 |
| ALFRED G GONZALEZ | 500 |
| MARIA MERCEDES GONZALEZ | 100 |
| RUBY J GORDEN | 12 |
| COREY DEVIN GOTTSCHALK & | 50 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| DAVID F GOTTSCHALK & | 1 |
| GUY A GOTTSCHALK | 10 |
| LINDA B GOTTSCHALK CUST | 1 |
| CAROL K GOTTSCHALK CUST | 5 |
| LYNN A GOTTSCHALK | 10 |
| MARK A GOTTSCHALK | 10 |
| GOTTSCHALKS INC | 417800 |
| B R GREEN & | 100 |
| LARRY N GREINER & | 200 |
| GREG GROSS | 454 |
| LEE GUENTHER | 8 |
| GEORGE E GUNN JR AS CUSTODIAN | 40 |
| GEORGE E GUNN JR AS CUSTODIAN | 40 |
| ALFRED HAAS & | 100 |
| WASHINGTON MUTUAL | 41 |
| JOHN S HAMILTON & | 100 |
| KENNETH L HAMPTON | 20 |
| WILLA M HANCOCK | 185 |
| HOWARD HANSEL | 43 |
| THE HARRIS COMPANY | 2095900 |
| MARILYN C HARRINGTON | 100 |
| LINDA HASH | 3 |
| ADAM HAUPT & | 20 |
| CHERYL HAVERTY | 135 |
| ROBERT A SWENSON TR UA JAN 1 76 | 1000 |
| ROBERT A SWENSON TR UA JAN 1 76 | 1000 |
| JENNIE HEE | 3 |
| HERBERT R HELWIG & | 700 |
| TESSA HENRY AS CUSTODIAN FOR | 2 |
| HERBIE A ROUCH & ELAINE F | 10 |
| CARIN HERNANDEZ & | 3 |
| DAVID HERNANDEZ | 5 |
| PATRICIA J HERRON | 33 |
| WILLIAM L HERRON & | 200 |
| RACHEL HIEBERT | 100 |
| RONALD HIMES & | 100 |
| THEODORE T HIRAMOTO & | 300 |
| NATHAN HIRSTEIN | 200 |
| JESS W HOLMES & | 100 |
| RONALD E HOLMSTEN | 100 |
| PAUL W HUCKABONE SR & | 100 |
| CHARLES T HUDSON & | 300 |
| MILLARD HUDSON | 20 |
| PAUL HUDSON | 20 |
| STANLEY HUFFMAN | 101 |
| BRYAN HUGHES | 3 |
| PATRICIA HUGHES AS CUSTODIAN | 6 |
| EMILY C HUGHES | 100 |
| PATRICIA HUGHES AS CUSTODIAN | 6 |
| DIANA MARLENE HUGHES AS CUSTODIAN | 50 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| DIANA MARLENE HUGHES AS CUSTODIAN | 50 |
| MARK A HUGHSON & | 100 |
| SOPHIE L HUME | 30 |
| KATHRYN HUNDERTMAR | 171 |
| PETER HUNOT & | 100 |
| ARTHUR V HUTCHESON & | 10 |
| MATTHEW A HUTCHESON & | 10 |
| RUSSELL E HUTCHESON | 10 |
| TIMOTHY M HUTCHESON & | 10 |
| DELMA HUTTON | 2 |
| GREAT WESTERN BANK FBO JUDITH | 68 |
| MARY IMBERI & | 50 |
| BONNIE M JACOBY TR UA | 50 |
| GLADYS JDANT | 200 |
| LEONARD A JENSEN & | 25 |
| OLIVER G JENSEN & | 800 |
| PAULINE JIMENEZ | 6 |
| CHERYL JOHNS | 8 |
| SAMUEL E JOHNSON TR | 2 |
| CINDY JONES | 2 |
| JOSEPH W ARMBRUSTER TR | 200 |
| ERNEST JUNG | 600 |
| CHRIS M KAPHEIM & | 200 |
| HENRY KELEDJIAN AS CUSTODIAN FOR | 10 |
| MARILYN G KELLOFF | 100 |
| JASON A KEMP | 87 |
| ETHEL KERSHAW | 2000 |
| BEN D KEY & | 50 |
| SARAH EDNA KEY | 100 |
| NANCY J KILGORE & | 100 |
| LOUIS KILO | 600 |
| JUDY KING | 19 |
| DAVIS KINGSBY | 3 |
| KATHLEEN J KIRBY | 20 |
| WILLIAM KIZER & | 600 |
| JOSEPH W LEVY TRUSTEE OF THE | 560100 |
| JOSEPH W LEVY TRUSTEE | 32450 |
| BETTY KLOPPENBURG | 2 |
| ELIZABETH DIXON AS CUSTODIAN | 4 |
| LUPE KOVACHNY | 43 |
| CYNTHIA A KOVAL | 100 |
| RICHARD E KRANZ & | 5 |
| JEFFREY R KREBS & | 100 |
| ROXIE KRICORIAN | 300 |
| JEFFERY KROEKER & | 25 |
| BRUCE KRUGER & | 5 |
| TERRY KUCKENBAKER | 39 |
| CLARA LADUSAU | 200 |
| MICHELLE LAMATTINA | 2 |
| HOWARD L LAMBERT | 1200 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| PATRICIA LAMPERT | 6 |
| LAWRENCE LANDIS | 2750 |
| JASON LANGSTRAAT | 50 |
| ELMER L LARGE & | 500 |
| MORT LASNIK TR UA FEB 17 92 THE | 200 |
| RUTH LATSON | 25 |
| LAWRENCE LANDIS TR UA JAN 26 76 | 400 |
| BEVERLY LEACH | 213 |
| KAREN LEE | 100 |
| AUDREY LEVY CUST | 8000 |
| AUDREY MATHEWS LEVY CUST | 5200 |
| MARY MATHEWS TRUSTEE | 4500 |
| AMANDA MATHEWS LEVY | 2000 |
| AUDREY MATHEWS LEVY CUST | 2500 |
| AUDREY MATTHEWS LEVY CUST | 4500 |
| AUDREY LEVY | 5800 |
| AUDREY MATHEWS  LEVY | 4500 |
| AUDREY LEVY | 6000 |
| BRET LEVY | 4500 |
| BRET W LEVY | 4500 |
| BRET W LEVY & | 12000 |
| BRET LEVY | 6000 |
| AUDREY MATTHEWS LEVY CUST | 4500 |
| MARY MATHEWS TRUSTEE | 4500 |
| AUDREY MATTHEWS LEVY CUST | 14500 |
| JOE LEVY | 62 |
| JOE LEVY | 9500 |
| JOSEPH W LEVY | 23350 |
| JOSEPH W LEVY | 413750 |
| AUDREY MATTHEWS LEVY CUST | 27000 |
| AUDREY MATTHEWS LEVY CUST | 4500 |
| JODY LEVY-SCHLESINGER | 2000 |
| DOROTHY LICON | 60 |
| CINDY ANN LIERLY | 25 |
| SUE LISKEY & | 100 |
| SKIRITAI CAPITAL LLC | 5 |
| F J LOHSE | 1000 |
| GERALD LONG & | 50 |
| CLIFF P LOPES & | 40 |
| LOUISE M DELLA MAGGIORA TR UA SEP | 100 |
| HELEN A LUBISCH TR UA | 700 |
| RICK LUMSDEN & | 10 |
| WAYNE R LYLES | 200 |
| RICHARD F MACCAGNO | 50 |
| CHARLES S MACHUS & | 200 |
| PERRY MAMIGONIAN | 200 |
| CHARLES A MANOOGIAN & | 100 |
| JOSEPH MICHAEL MARSH | 20 |
| KENNETH R MARSH & | 100 |
| STEPHEN FREDERICK MARSH | 20 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| ALLEN C MARTIN & | 200 |
| DORMAN C MARTIN | 40 |
| DOROTHY M MARTIN | 100 |
| LOLA MARTIN | 200 |
| ANITA MARTINEZ | 26 |
| MARY F STEFANELLI | 300 |
| MARY JANE BARBIAN TR UA OCT 2 90 | 400 |
| LENA MASELLI | 30 |
| RIP MASELLI | 50 |
| ROBERTA M MASELLI | 70 |
| STEVE MATOIAN | 200 |
| ROBERT A SWENSON TR UA JAN 1 76 | 500 |
| MAX HAYES PLUMBING & HEATING | 1000 |
| DENZEL E MAY & | 5 |
| FRANK J MAYER & | 400 |
| ELLEN MCCARGAR | 100 |
| PAMELA DIANE MCCARTHY CUST | 1 |
| ANNE MCCULLOUGH | 86 |
| THE VANGUARD GROUP TR UA | 66 |
| ROBERT MCFARLAND AS CUSTODIAN FOR | 20 |
| KATHLEEN MCGONIGAL | 17 |
| WILLIAM B MC INNES | 200 |
| ELLEN P MCKENNEY & | 200 |
| PATRICIA A KNOX CUST FOR | 100 |
| RUSSELL L MCKINNEY | 3 |
| JEAN LEASK MC LAUGHLIN | 1000 |
| ROBERT S MEAD | 100 |
| ARLENE MELEKIAN & | 500 |
| SAUL MARVIN MENDELSOHN & | 100 |
| MFS SERVICE CENTER | 13 |
| MID STATE BANK | 101 |
| JOHN PRESTON MILLER & | 50 |
| RICHARD P MILLER & | 325 |
| CATHLEEN ANN MILUTINOVICH | 50 |
| KARREN K MINKLER | 100 |
| KENNETH GARRY MOBLEY & | 100 |
| EUGENE THOMAS MOCKALIS & | 200 |
| DANKRART N MOGENSEN & | 100 |
| PAUL MONTES | 17 |
| KATHRIN MONTOYA | 49 |
| JOE E MOORE AS CUSTODIAN FOR | 30 |
| PATRICK MOORE | 6 |
| ROSE E MOORE | 150 |
| PAUL M MOSQUEDA AS CUSTODIAN | 1 |
| DIANE M MORGAN | 1000 |
| LEONARD MORRIS | 2 |
| WALTER C MORRIS & | 100 |
| MARTIN A MORSE AS CUSTODIAN FOR | 10 |
| MARILYN JOYCE MOSLEY | 76 |
| GAIL A MOXLEY | 10 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
| --- | --- |
| SHARON K MULLENNIX | 100 |
| LARRY L MUZNY & | 100 |
| RAE NASH | 4 |
| DEMETRIA NELSON | 20 |
| DIANA L NELSON AS CUSTODIAN FOR | 20 |
| DONALD W NELSON AS CUSTODIAN | 20 |
| JOHN ANDERS NELSON | 20 |
| VALDA NELSON | 40 |
| WALTER NIEBEL & | 100 |
| NORMAN LEE WEIGANT TR UA MAR 2 93 | 100 |
| KORI R NORSELL | 100 |
| ARTHUR L NUGENT & | 25 |
| JOHN NUNES | 5 |
| DARRIN NYBERG & | 3 |
| ERIK P NYBERG & CARMELA P | 3 |
| JAMES PAUL NYBERG & | 4 |
| RYAN NYBERG | 3 |
| THOMAS NYBERG & BONITA NYBERG | 4 |
| TIFFANY NYBERG | 3 |
| KATHLEEN OBRIEN & MICHAEL | 200 |
| JACK W O CONNOR & | 150 |
| CHARLES A OLIVARES | 20 |
| AMANDA OLSON | 3 |
| DAVID OLSON | 3 |
| MATTHEW OLSON | 3 |
| SUELLEN OLSON & JAMES OLSON JT | 4 |
| EDMUND M O NEILL JR & | 200 |
| MARY JOANNE OSTLUND | 66 |
| HEATHER OWENS | 20 |
| BARBARA J OXBORROW & | 100 |
| MARY PACHECO | 34 |
| DALE PADDOCK | 71 |
| ANDREA PADILLA | 49 |
| MANUEL F PADILLA & | 200 |
| CATHLEEN P PAHL | 10 |
| CYNTHIA B PAHL | 10 |
| GEORGE PAIDOUSSIS | 100 |
| LAVERNE PAPAGNI | 6 |
| PATRICK PARDINI & | 18 |
| JIM PARKS | 5 |
| CAROLYN A PARRISH & | 5 |
| DEBI PASSADORI | 68 |
| CARRIE L PAVIS | 10 |
| SANDRA PELLANDA | 10 |
| JOSEPH PERAZZETTI TR UA FEB 07 08 | 100 |
| JANET PEREZ | 11 |
| RACHEL A PEREZ | 20 |
| PEGGY PERRI | 57 |
| JOHN PAUL PETERSON | 350 |
| VAN PETTY | 50 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| ANNA M PHELPS | 6 |
| TIMOTHY PIETRO CUST | 100 |
| TIMOTHY PIETRO CUST | 100 |
| JOHN D PIETRO CUST | 100 |
| RON PISK CUST | 10 |
| PLAN RECONCILIATION BALANCE | 5000 |
| GREGORY W PLANK & | 1 |
| ROBERT A SWENSON TR UA JAN 1 76 | 1000 |
| ROBERT A SWENSON TR UA JAN 1 76 | 500 |
| LINDA POPE | 19 |
| JENNIFER PORTER | 29 |
| H & R BLOCK FINANCIAL ADVISORS | 6 |
| CLIFFORD QUALLS | 250 |
| JOHN QUIRING | 88 |
| STEVE QUIROZ | 64 |
| JODY LEVY-SCHLESINGER | 4500 |
| JODY DRU LEVY TR UA JUL 8 96 | 6000 |
| JODY SCHLESINGER TR UA JUL 8 96 | 2000 |
| JODY LEVY TR UA JUL 8 96 | 2500 |
| JODY LEVY TR UA JUL 8 96 | 4500 |
| WILLIAM ROSS RANDALL & JEANNETTE | 200 |
| KATHERINE L RANKIN CUST | 10 |
| GAYLORD RANSOM & | 200 |
| VERCIE RASBORO | 4 |
| SUSAN RASMUSSEN | 10 |
| LAVERNE RAVEN & | 160 |
| RAY G THEISEN | 450 |
| DIANA L RAYPHOLTZ | 200 |
| JODY LEVY TR UA JUL 8 96 | 2500 |
| JODY DRU LEVY TR UA JUL 8 96 | 6000 |
| JODY LEVY SCHLESINGER | 85000 |
| JODY LEVY SHCLESINGER | 2000 |
| JODY LEVY TR UA JUL 8 96 | 4500 |
| DOLORES D REED | 100 |
| PEGGY L REED & | 3 |
| WELLS FARGO IRA CUST | 190 |
| GRACE REID | 198 |
| CAROLINE RICHARDS AS CUSTODIAN | 1 |
| JOHN J RICKER & | 100 |
| MATTHEW A RIDGE | 100 |
| CHRISTINE A PAHL RIGGS | 20 |
| FOREST RISCH | 4 |
| LINDY RITTER & | 100 |
| VICTOR V RIVERA & | 150 |
| KIMBERLY A RIXEY AS CUSTODIAN | 4 |
| STEPHEN ROADCAP | 23 |
| R F DUNBAR & M E DUNBAR TR | 300 |
| KERRY ROBERTS | 32 |
| JOSEPH ROSATO | 28 |
| ROBERT ROSE | 10 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| BERNHARDT C ROSEN & | 600 |
| GOLDIE ROSEN | 100 |
| JEFFREY ROWLAND | 10 |
| JOHN ROWLAND II | 10 |
| WILLIAM R BROWN & | 100 |
| DIANA C STEVENS AS CUSTODIAN FOR | 12 |
| KATHRYN C RULE & | 100 |
| KATHRYN C RULE & | 100 |
| KATHRYN C RULE & | 100 |
| BEN RUSSELL | 521 |
| S L RODGERSON ENT INC | 100 |
| MURIEL K SAMPLE | 200 |
| LYNNE SANOIAN & | 200 |
| JEFFREY SARGENT & | 100 |
| JEFFERY D SARGENT & | 200 |
| VINCENT SAUL & | 10 |
| VINCENT SAUL & | 10 |
| SAVERIO LA BARBERA & BARBARA LA | 1000 |
| CLIFFORD D SCALES & | 5 |
| CAROLYN J SCARBOROUGH | 300 |
| RAYMOND E SCHAAD & | 100 |
| JODY LEVY TTE | 2500 |
| MARK SCHLESINGER & JUDY DRU | 8000 |
| SCHLESINGER REVOCABLE FAMILY | 2500 |
| MARK SCHLESINGER | 6000 |
| MARK P SCHLESINGER | 9800 |
| MARK PAUL SCHLESINGER | 4300 |
| MARNI SCHMIDT | 6 |
| MIKE SCHMIDT AS CUSTODIAN | 10 |
| MATTHEW SCHMIDT | 12 |
| HARVIE SCHNITZER | 203 |
| JAN E SCHOONMAKER | 100 |
| ALICE SCHULTHEIS | 9 |
| ALICE L SCHULTZ | 400 |
| JANET LEASK SCHWEITZER | 200 |
| MARGARET SEIB | 50 |
| STUART SEIDEN & | 150 |
| SHIRLEY SHERMAN | 15 |
| DAVID L SHORE & | 100 |
| SHERRY SIEMS | 39 |
| HARRIET SIMONIAN | 38 |
| JEFFREY DAVID SIMONIAN | 500 |
| BALBIN SINGH | 4 |
| GWEN SITTNER | 100 |
| GWEN R SITTNER | 100 |
| GARY SKOPP AS CUSTODIAN FOR | 50 |
| GARY SKOPP AS CUSTODIAN FOR | 50 |
| GARY SKOPP AS CUSTODIAN FOR | 50 |
| ARTHUR L SMITH & | 100 |
| BEVERLY J SMITH & | 300 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| KATHI SMITH | 10 |
| ESTHER SNIDER | 100 |
| CATHERINE SOLLOHUB | 200 |
| STANLEY L SORENSON & | 2000 |
| LORI SOUZA | 13 |
| MARGARET SPOMER | 400 |
| RHONDA L STAELGRAEVE | 100 |
| WALTER R STAIDLE | 1000 |
| PAM STARKEY AS CUSTODIAN FOR | 8 |
| PAM STARKEY | 8 |
| TODD G STARKEY | 8 |
| PAUL STEINBERG | 2500 |
| STEVEN P SANOIAN & LYNNE C | 140 |
| MAXINE STINDT | 212 |
| ELIZABETH A STINES & | 110 |
| LINDSY D STRAIT | 200 |
| PAUL STRAUGH & | 172 |
| PAUL A STRAUGH & | 100 |
| PHILLIP F STRICKER & | 200 |
| ESTEE STROMBOTNE | 100 |
| MARGARET SURRATT TOD CHRISTINA | 100 |
| OLIVIA MARGARET SURRATT TOD | 100 |
| SUE SUTHERLAND | 10 |
| DONALD R SUTTON & | 200 |
| MEGAN L SWAFFAR CUST | 5 |
| CURTIS G SWANSON | 120 |
| H DWIGHT SWANSON & | 25 |
| ROBERT A SWENSON & | 1600 |
| LES SYNDER JR & | 100 |
| ROBERTA TACKETT AS CUSTODIAN | 10 |
| DARLENE TAKANISHI | 10 |
| MYRA JO A TALLEY | 60 |
| LINDA TAVLIAN | 100 |
| DAVID L TAYLOR | 20 |
| PAUL E TAYLOR & | 20 |
| KAREN J TEATER | 2 |
| HOWARD TESSER AS CUSTODIAN FOR | 5 |
| MARVIN A THIESSEN & | 5 |
| GARY D THOMAS | 5 |
| PAMELA THOMPSON | 50 |
| GINA THORWALDSON | 50 |
| JUDY TINDALL | 1 |
| LAWRENCE C TORRES & JOSEPHINE L | 800 |
| ROGER P TOSCHI | 5 |
| MICHAEL C TRESSEL & | 10 |
| RAUL L TRUJILLO | 104 |
| JENNIE SUE TRUMBULL | 100 |
| U S BANK NATIONAL ASSOCIATION | 22 |
| JANET K UOTA | 32 |
| MARGARET K UPDIKE | 40 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| WILLIAM D URQUHART & | 100 |
| PETER H VALDIVIA & | 200 |
| VAN KAMPEN INVESTOR SERVICES | 8 |
| HOWARD VAN BAUGH | 2 |
| MARILYN VANDERLIPE | 49 |
| CECILIA VARNER | 10 |
| CAROLEE MARIE VEENENDAAL | 25 |
| VIVIAN ANNE VEGA | 50 |
| CARMEN VELASQUEZ | 10 |
| JUNE F VESTA | 350 |
| RUSSELL VICK | 12 |
| MANUEL N VIERRA | 125 |
| TONI VORNHAGEN | 15 |
| AHMED WADDA & | 50 |
| RICHARD K WADDA & | 70 |
| AMY K WALKER | 2 |
| RONALD WALL & | 100 |
| VICKI WALLACE | 113 |
| WALTER H CHRISTIANSEN & GAYLE | 100 |
| GARY WAMHOF | 105 |
| MARVIN B WAMPLER & | 200 |
| GARY M WARNER AS CUSTODIAN FOR | 10 |
| GENE C WARNING & | 100 |
| EVELYN E WELCH | 2 |
| FELICIA LEVY WESTON | 6500 |
| FELICIA JOY LEVY WESTON | 6000 |
| F LEVY WESTON CUST | 4500 |
| F LEVY WESTON CUST | 10500 |
| F LEVY WESTON CUST | 10500 |
| F LEVY WESTON CUST | 4500 |
| F LEVY WESTON CUST | 10500 |
| F LEVY WESTON CUST | 4500 |
| CATHERINE MARY WHARTON & | 42 |
| NANCY WHELAN | 19 |
| ANGELA WHITELEY | 40 |
| JOHN N WIBERG & | 140 |
| DAWN WILSON | 1 |
| DONALD M WILSON & | 100 |
| LUCILLE H WILSON & | 200 |
| MICHELLE M WILSON | 100 |
| RONALD K WILSON & | 200 |
| JERRY WINTER & | 15 |
| KURT WOLFE & | 10 |
| THOMAS S W WONG | 50 |
| TERRIE WOOD | 10 |
| DAVID M WOODLE | 300 |
| JO ANN WOODWARD | 40 |
| ZACHARY WROBEL | 10 |
| HARRY T YAMAGUCHI | 700 |
| ALICE YAMAMOTO CUST | 12 |

Gottschalks Inc. - Equity Security List

| Name of Shareholder | Number of Shares |
|---|---|
| THOMAS E YANCEY CUST | 8 |
| BENNIE F YARBROUGH & | 100 |
| LILLIAN M YBARRA | 22 |
| GEORGE GUYER YOUNG III | 100 |
| MARY AMELIA YRACEBURU | 200 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **GOTTSCHALKS INC., a Delaware** | ) | Case No. 09-_____ (   ) |
| **corporation,** | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 77-0159791 | ) | |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

Gottschalks Inc., a Delaware corporation, a s debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), hereby certifies under penalty of perjury that the *List of Equity Security Holders* submitted herewith, pursuant to Local Rule 1007-1(a) of the United States Bankruptcy Court for the District of Delaware, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this
**14** day of January, 2009.

Signature
By:         J. Gregory Ambro
                Executive Vice President and
                Chief Operating Officer