## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **Gottschalks Inc.**  Bank: **Bank of America**

Bankruptcy Number: **09-10157 (KJC)**  Account Number: **-4349**

Date of Confirmation: **February 28, 2011**  Account Type: **General (Sweep)**

Reporting Period: **March 2011**

Beginning Cash Balance: $ 7,976,637.49

All receipts received by the debtor:

Cash Sales: $ -

Collections of Accounts Receivable: $ -

Proceeds from Litigation (settlement or otherwise): $ -

Sale of Debtor's Assets: $ 15,000.00

Capital Infusion pursuant to the Plan: $ -

Other: $ 1,352.48

Total of cash received: $ 16,352.48

Total of cash available: $ 7,992,989.97

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 2,001,565.00

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 386,398.39

All other disbursements made in the ordinary course: $ 189,487.13

Total Disbursements $ 2,577,450.52

Ending Cash Balance $ 5,415,539.45

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/29/11    [signature] RVP-COO
Date       Name/Title

Debtor: **Gottschalks Inc.**

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **Gottschalks Inc.**           Bank: **Bank of America**

Bankruptcy Number: **09-10157 (KJC)**         Account Number: **-1513**

Date of Confirmation: **February 28, 2011**    Account Type: **Utility Deposit**

Reporting Period: **March 2011**

Beginning Cash Balance:   $ 280,846.70

All receipts received by the debtor:

Cash Sales:   $ -

Collections of Accounts Receivable:   $ -

Proceeds from Litigation (settlement or otherwise):   $ -

Sale of Debtor's Assets:   $ -

Capital Infusion pursuant to the Plan:   $ -

Other:   $ 45.40

Total of cash received:   $ 45.40

Total of cash available:   $ 280,892.10

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:   $ -

Disbursements made pursuant to the administrative claims of bankruptcy professionals:   $ -

All other disbursements made in the ordinary course:   $ -

Total Disbursements   $ -

Ending Cash Balance   $ 280,892.10

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/29/11
Date

*[signature]* J. Gregy Ambrose EVP-COO
Name/Title

Debtor: **Gottschalks Inc.**

Gottschalks Inc.
Case No. 09-10157 (KJC)

| ASSETS | | April 2, 2011 |
|---|---|---|
| Cash (Unrestricted) | $ | 5,377,595 |
| Cash (Restricted) | | 280,892 |
| Accounts Receivable (Net) | | 3,339,315 |
| Inventory | | - |
| Prepaid expenses | | 120,216 |
| Deposits | | 81,841 |
| Other (Attach List) | | - |
| Total Current Assets | $ | 9,199,858 |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | - |
| Machinery & Equipment | | - |
| Furniture, Fixtures & Office Equipment | | - |
| Vehicles | | - |
| Leasehold Improvements | | - |
| Less: Accumulated Depreciation/Depletion | | - |
| Total Property, Plant & Equipment | $ | - |
| Due from Affiliated & Insiders | | - |
| Other (Attach List) | | - |
| Total Assets | $ | 9,199,858 |
| Liabilities not Subject to compromise (Post-petition Liabilities) | | |
| Accounts Payable | $ | 127,047 |
| Taxes Payable | | 25,368 |
| Notes Payable | | - |
| Professional Fees | | 904,266 |
| Secured Debt | | - |
| Due to Affiliates & Insiders | | - |
| Other (Attach List) | | - |
| Total Post-petition Liabilities | $ | 1,056,681 |
| Liabilities Subject to Compromise (Pre-petition Liabilities) | | |
| Secured Debt - Per Plan | | - |
| Priority Debt - Per Plan | | 463,276 |
| Unsecured Debt - Per Plan | | 70,395,514 |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | $ | 70,858,790 |
| Total Liabilities | $ | 71,915,471 |
| Equity | | |
| Common Stock | | - |
| Retained Earnings (Deficit) | | (62,715,613) |
| Total Equity (Deficit) | | (62,715,613) |
| Total Liabilities & Owners' Equity | $ | 9,199,858 |