# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | **Gottschalks Inc.** | Bank: | **Bank of America** |
| Bankruptcy Number: | **09-10157 (KJC)** | Account Number: | **-4349** |
| Date of Confirmation: | **February 28, 2011** | Account Type: | **General (Sweep)** |
| Reporting Period: | **April - June 2011** | | |

Beginning Cash Balance: $ 5,415,539.45

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ - |
| Collections of Accounts Receivable: | $ 5,070.00 |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ 300.00 |
| Capital Infusion pursuant to the Plan: | $ - |
| Other: | $ 62,281.29 |
| Total of cash received: | $ 67,651.29 |

Total of cash available: $ 5,483,190.74

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 904,001.17 |
| All other disbursements made in the ordinary course: | $ 193,911.49 |
| Total Disbursements | $ 1,097,912.66 |

Ending Cash Balance $ 4,385,278.08

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/19/11
Date

*[signature]* RVP-COO
Name/Title

Debtor: **Gottschalks Inc.**

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Gottschalks Inc. | Bank: | Bank of America |
| Bankruptcy Number: | 09-10157 (KJC) | Account Number: | -1513 |
| Date of Confirmation: | February 28, 2011 | Account Type: | Utility Deposit |
| Reporting Period: | April - June 2011 | | |

Beginning Cash Balance: $ 280,892.10

All receipts received by the debtor:

Cash Sales: $ -

Collections of Accounts Receivable: $ -

Proceeds from Litigation (settlement or otherwise): $ -

Sale of Debtor's Assets: $ -

Capital Infusion pursuant to the Plan: $ -

Other: $ 70.04

Total of cash received: $ 70.04

Total of cash available: $ 280,962.14

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ -

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ -

All other disbursements made in the ordinary course: $ -

Total Disbursements $ -

Ending Cash Balance $ 280,962.14

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/19/11
Date

[signature] EVP-COO
Name/Title

Debtor: Gottschalks Inc.

Gottschalks Inc.
Case No. 09-10157 (KJC)

| ASSETS | | July 2, 2011 |
|---|---|---|
| Cash (Unrestricted) | $ | 4,385,245 |
| Cash (Restricted) | | 280,962 |
| Accounts Receivable (Net) | | 3,334,245 |
| Inventory | | - |
| Prepaid expenses | | 69,481 |
| Deposits | | 42,967 |
| Other (Attach List) | | - |
| Total Current Assets | $ | 8,112,900 |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | - |
| Machinery & Equipment | | - |
| Furniture, Fixtures & Office Equipment | | - |
| Vehicles | | - |
| Leasehold Improvements | | - |
| Less: Accumulated Depreciation/Depletion | | - |
| Total Property, Plant & Equipment | $ | - |
| Due from Affiliated & Insiders | | - |
| Other (Attach List) | | - |
| Total Assets | $ | 8,112,900 |
| **Liabilities not Subject to compromise (Post-petition Liabilities)** | | |
| Accounts Payable | $ | 128,095 |
| Taxes Payable | | 22,671 |
| Notes Payable | | - |
| Professional Fees | | 404,711 |
| Secured Debt | | - |
| Due to Affiliates & Insiders | | - |
| Other (Attach List) | | - |
| Total Post-petition Liabilities | $ | 555,478 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | - |
| Priority Debt - Per Plan | | 463,276 |
| Unsecured Debt - Per Plan | | 70,395,514 |
| Other (Attach List) - Per Plan | | - |
| Total Pre-petition Liabilities | $ | 70,858,790 |
| Total Liabilities | $ | 71,414,267 |
| **Equity** | | |
| Common Stock | | - |
| Retained Earnings (Deficit) | | (63,301,368) |
| Total Equity (Deficit) | | (63,301,368) |
| Total Liabilities & Owners' Equity | $ | 8,112,900 |