# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **Gottschalks Inc.**   Bank: **Bank of America**

Bankruptcy Number: **09-10157 (KJC)**   Account Number: **-4349**

Date of Confirmation: **February 28, 2011**   Account Type: **General (Sweep)**

Reporting Period: **July - September 2011**

Beginning Cash Balance:   $ 4,385,278.08

All receipts received by the debtor:

Cash Sales:   $ -

Collections of Accounts Receivable:   $ 11,355.50

Proceeds from Litigation (settlement or otherwise):   $ -

Sale of Debtor's Assets:   $ -

Transfer from Utility Deposit Account   $ 280,966.76

Other:   $ 2,568.16

Total of cash received:   $ 294,890.42

Total of cash available:   $ 4,680,168.50

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:   $ -

Disbursements made pursuant to the administrative claims of bankruptcy professionals:   $ 585,297.67

All other disbursements made in the ordinary course:   $ 86,145.84
Transfer to Payroll Account   $ 400,000.00
Total Disbursements   $ 1,071,443.51

Ending Cash Balance   $ 3,608,724.99

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/26/11   *[signed]* Gregory Ambro EVP-COO
Date   Name/Title

Debtor: **Gottschalks Inc.**

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **Gottschalks Inc.**    Bank: **Bank of America**

Bankruptcy Number: **09-10157 (KJC)**    Account Number: **-1513**

Date of Confirmation: **February 28, 2011**    Account Type: **Utility Deposit**

Reporting Period: **July - September 2011**

| | | |
|---|---:|---:|
| Beginning Cash Balance: | $ 280,962.14 | |
| **All receipts received by the debtor:** | | |
| Cash Sales: | $ - | |
| Collections of Accounts Receivable: | $ - | |
| Proceeds from Litigation (settlement or otherwise): | $ - | |
| Sale of Debtor's Assets: | $ - | |
| Capital Infusion pursuant to the Plan: | $ - | |
| Other: | $ 4.62 | |
| Total of cash received: | $ 4.62 | |
| Total of cash available: | | $ 280,966.76 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---:|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - | |
| Transfer to General Account to close account | $ 280,966.76 | |
| Total Disbursements | | $ 280,966.76 |
| Ending Cash Balance | | $ - |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/26/11    *[signature]*
Date    Name/Title

Debtor: **Gottschalks Inc.**

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **Gottschalks Inc.**  Bank: **Bank of America**

Bankruptcy Number: **09-10157 (KJC)**  Account Number: **-8007**

Date of Confirmation: **February 28, 2011**  Account Type: **Payroll**

Reporting Period: **July - September 2011**

| | |
|---|---:|
| Beginning Cash Balance: | $ - |
| All receipts received by the debtor: | |
| Cash Sales: | $ - |
| Collections of Accounts Receivable: | $ - |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Transfer from General Account | $ 400,000.00 |
| Other: | $ - |
| Total of cash received: | $ 400,000.00 |
| Total of cash available: | $ 400,000.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---:|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - | |
| All other disbursements made in the ordinary course: | $ 138,190.41 | |
| Total Disbursements | | $ 138,190.41 |
| Ending Cash Balance | | $ 261,809.59 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/26/11
Date

[signature]
Name/Title

Debtor: **Gottschalks Inc.**

Gottschalks Inc.
Case No. 09-10157 (KJC)

| ASSETS | | October 1, 2011 |
|---|---|---|
| Cash (Unrestricted) | $ | 3,867,288 |
| Cash (Restricted) | | - |
| Accounts Receivable (Net) | | 3,322,889 |
| Inventory | | - |
| Prepaid expenses | | 38,163 |
| Deposits | | 31,839 |
| Other (Attach List) | | - |
| Total Current Assets | $ | 7,260,179 |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | - |
| Machinery & Equipment | | - |
| Furniture, Fixtures & Office Equipment | | - |
| Vehicles | | - |
| Leasehold Improvements | | - |
| Less: Accumulated Depreciation/Depletion | | - |
| Total Property, Plant & Equipment | $ | - |
| Due from Affiliated & Insiders | | - |
| Other (Attach List) | | - |
| Total Assets | $ | 7,260,179 |
| **Liabilities not Subject to compromise (Post-petition Liabilities)** | | |
| Accounts Payable | $ | 137,725 |
| Taxes Payable | | 3,423 |
| Notes Payable | | - |
| Professional Fees | | 41,817 |
| Secured Debt | | - |
| Due to Affiliates & Insiders | | - |
| Other (Attach List) | | - |
| Total Post-petition Liabilities | $ | 182,965 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | - |
| Priority Debt - Per Plan | | 463,276 |
| Unsecured Debt - Per Plan | | 70,395,514 |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | $ | 70,858,790 |
| Total Liabilities | $ | 71,041,755 |
| **Equity** | | |
| Common Stock | | - |
| Retained Earnings (Deficit) | | (63,781,576) |
| Total Equity (Deficit) | | (63,781,576) |
| Total Liabilities & Owners' Equity | $ | 7,260,179 |