# **EXHIBIT 1**

**Amendment to Schedule F**

In re Gottschalks Inc., Debtor, Case No. 09-10157

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1033121 - 10000908<br>518 APPAREL GROUP INC.<br>8207 XENE LANE N.<br>MAPLE GROVE MN 55311 | ACCOUNTS PAYABLE | | $0.00 |
| 1032311 - 10000138<br>AG INDIO FASHION MALL LLC<br>C/O WEINTRAUB FINANCIAL SERVICES, INC<br>P.O. BOX 6528<br>MALIBU CA 90264 | RENT<br>INDIO - STORE #44 | | $0.00 |
| 1032942 - 10000767<br>A.V. DENIM<br>1407 BROADWAY<br>SUITE #3601<br>NEW YORK NY 10018 | ACCOUNTS PAYABLE | | $0.00 |
| 1032737 - 10000765<br>BARCALOUNGE CORPORATION<br>PO BOX 100895<br>ATLANTA GA 30384 | ACCOUNTS PAYABLE | | $0.00 |
| 1033048 - 10000604<br>BEE'S AND JAM<br>400 W. CHICKASAW<br>MCALESTER OK 74501 | ACCOUNTS PAYABLE | | $0.00 |
| 1037671 - 10005025<br>BIAGINI PROPERTIES INC<br>333 W EL CAMINO REAL #240<br>SUNNYVALE CA 94087 | RENT | | $0.00 |
| 1033222 - 10000789<br>CALVIN KLEIN SHOES<br>160 GREAT NECK ROAD<br>GREAT NECK NY 11021 | ACCOUNTS PAYABLE | | $0.00 |
| 1032270 - 10000146<br>CHICO MALL LP<br>C/O GENERAL GROWTH PROPERTIES, INC.<br>110 NORTH WACKER DRIVE<br>CHICAGO IL 60606 | RENT<br>CHICO - STORE #7 | | $0.00 |
| 1026098 - 10000813<br>CONTINENTAL BUSINESS CREDIT<br>PO BOX 60288<br>LOS ANGELES CA 90060 | ACCOUNTS PAYABLE | | $40,740.20 |
| 1037664 - 10005018<br>CONTRA COSTA COUNTY TAX COLLECTOR<br>PO BOX 2399<br>MARTINEZ CA 94553 | ACCOUNTS PAYABLE | | $0.00 |

In re Gottschalks Inc., Debtor, Case No. 09-10157

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1033032 - 10000806<br>DB SPORT<br>771 S.TOWNE AVE<br>LOS ANGELES CA 90021 | ACCOUNTS PAYABLE | | $0.00 |
| 1022504 - 10001519<br>DELIA ADAMS<br>801 LYNN AVE<br>ANTIOCH CA 94509 | ACCOUNTS PAYABLE | | $0.00 |
| 1032236 - 10000150<br>DIMOND CENTER LLC<br>800 EAST DIMOND BLVD, SUITE 3-500<br>ANCHORAGE AK 99515 | RENT<br>DIMOND - STORE #72 | | $0.00 |
| 1032842 - 10000741<br>DIZZY LIZZY<br>JAINSON'S INTERNATIONAL INC<br>8040 DEERING AVENUE #7<br>CANOGA PARK CA 91304 | ACCOUNTS PAYABLE | | $0.00 |
| 1033390 - 10000609<br>DKNY SLEEPWEAR<br>16 E 34TH STREET<br>10TH FLOOR<br>NEW YORK NY 10016 | ACCOUNTS PAYABLE | | $0.00 |
| 1032847 - 10000834<br>DML MARKETING<br>7711 HAYVENHURST AVE<br>VAN NUYS CA 91406 | ACCOUNTS PAYABLE | | $0.00 |
| 1033308 - 10000692<br>E W L<br>400 CHICKASAW AVE<br>MCALESTER OK 74502 | ACCOUNTS PAYABLE | | $0.00 |
| 1033425 - 10000882<br>ELLISON 1ST ASIA LLC<br>208 E 1ST AVE<br>EASLEY SC 29640 | ACCOUNTS PAYABLE | | $0.00 |
| 1026097 - 10000533<br>FINANCE ONE, INC<br>PO BOX 749208<br>LOS ANGELES CA 90074 | ACCOUNTS PAYABLE | | $0.00 |
| 1032705 - 10000661<br>FRESH PRODUCE SPORTSWEAR INC<br>5600 FLATIRON PKWY<br>BOULDER CO 80301 | ACCOUNTS PAYABLE | | $0.00 |
| 1032240 - 10000155<br>GGP LTD PARTNERSHIP - VALLEY PLAZA<br>C/O GENERAL GROWTH PROPERTIES, INC.<br>110 NORTH WACKER DRIVE<br>CHICAGO IL 60606 | RENT<br>BAKERSFIELD VP - STORE #10 | | $0.00 |

In re Gottschalks Inc., Debtor, Case No. 09-10157

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1032810 - 10000732<br>GO COUTURE<br>1015 S WALL ST #111<br>LOS ANGELES CA 90015 | ACCOUNTS PAYABLE | | $0.00 |
| 1032736 - 10000689<br>HILLSDALE FURNITURELLC<br>3901 BISHOP LANE<br>LOUISVILLE KY 40218 | ACCOUNTS PAYABLE | | $0.00 |
| 1032205 - 10000160<br>HILLTOP SHOPPING CENTER, LP<br>C/O COLLIERS INTERNATIONAL<br>1610 ARDEN WAY, SUITE 242<br>SACRAMENTO CA 95815 | RENT<br>REDDING - STORE #30 | | $0.00 |
| 1033142 - 10000599<br>HOME FASHIONS INTERNATIONAL<br>295 5TH AVENUE<br>SUITE 812<br>NEW YORK NY 10016 | ACCOUNTS PAYABLE | | $0.00 |
| 1032738 - 10000763<br>ISACO INTERNATIONAL CORP<br>5980 MIAMI LAKES DRIVE<br>MIAMI LAKES FL 33014 | ACCOUNTS PAYABLE | | $0.00 |
| 1033468 - 10000877<br>JDY HOMELLC<br>295 5TH AVE SUITE 1616<br>NEW YORK NY 10016 | ACCOUNTS PAYABLE | | $0.00 |
| 1033162 - 10000562<br>JIMLAR CORPORATION<br>160 GREAT NECK RD<br>GREAT NECK NY 11021 | ACCOUNTS PAYABLE | | $0.00 |
| 1033116 - 10000641<br>JJG DESIGNS<br>230 FIFTH AVENUE<br>SUITE 1305<br>NEW YORK NY 10001 | ACCOUNTS PAYABLE | | $0.00 |
| 1033226 - 10000579<br>JONATHAN LOUIS INTERNATIONAL<br>544 WEST 130TH STREET<br>GARDENA CA 90248 | ACCOUNTS PAYABLE | | $0.00 |
| 1032782 - 10000672<br>KENNETH COLE REACTION LAINER<br>222 PEIDMONT AVE NE<br>ATLANTA GA 30308 | ACCOUNTS PAYABLE | | $26,693.19 |
| 1033491 - 10000538<br>LIZ CLAIBORNE SLEEPWEAR<br>400 W CHICKASAW AVE<br>MC ALESTER OK 74501 | ACCOUNTS PAYABLE | | $0.00 |
| 1032903 - 10000819 | ACCOUNTS PAYABLE | | $0.00 |

3

In re Gottschalks Inc., Debtor, Case No. 09-10157

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| LONDON FOG MENS<br>463 SEVENTH AVENUE<br>12TH FLOOR<br>NEW YORK NY 10018 | | | |
| 1033059 - 10000843<br>M HIDARY & CO INC<br>10 W 33RD NINTH FLOOR<br>NEW YORK NY 10001 | ACCOUNTS PAYABLE | | $0.00 |
| 1032214 - 10000102<br>MACERICH FRESNO LP<br>C/O THE MACERICH COMPANY<br>401 WILSHIRE BLVD<br>SANTA MONICA CA 90401 | RENT<br>FASHION FAIR - STORE #5 | | $0.00 |
| 1032165 - 10000104<br>MACERICH VINTAGE FAIRE LP<br>C/O THE MACERICH COMPANY<br>401 WILSHIRE BLVD<br>SANTA MONICA CA 90401 | RENT<br>MODESTO VF - STORE #16 | | $0.00 |
| 1037676 - 10005030<br>MACY'S DEPT STORES INC.<br>ATTN: REAL ESTATE DEPT.<br>7 W SEVENTH ST REAL EST DEPT<br>CINCINNATI OH 45202 | RENT<br>MODESTO VF - STORE #16 | | $0.00 |
| 1033042 - 10000472<br>MAVERICK APPAREL<br>112 W. 34TH STREET<br>SUITE 830<br>NEW YORK NY 10120 | ACCOUNTS PAYABLE | | $0.00 |
| 1032363 - 10000108<br>MCS HEMET VALLEY MALL LLC<br>C/O MC STRAUSS COMPANY<br>990 HIGHLAND DRIVE, SUITE 200<br>SOLANA BEACH CA 92075 | RENT<br>HEMET - STORE #45 | | $0.00 |
| 1032964 - 10000759<br>MONDANI HANDBAGS & ACCESSORIES<br>250 CARTER DR<br>EDISON NJ 08817 | ACCOUNTS PAYABLE | | $0.00 |
| 1033203 - 10000951<br>MORSAM FASHIONS<br>350 LOUVAIN WEST SUITE 100<br>MONTREAL QC H2N2E8<br>CANADA | ACCOUNTS PAYABLE | | $0.00 |
| 1033207 - 10000883<br>PACIFIC COAST FEATHER CO<br>PO BOX 80385<br>SEATTLE WA 98108 | ACCOUNTS PAYABLE | | $0.00 |
| 1032288 - 10000110<br>PASSCO DIVERSIFIED II HM, LLC<br>C/O JONES LANG LASALLE | RENT<br>HANFORD - STORE #29 | | $0.00 |

In re Gottschalks Inc., Debtor, Case No. 09-10157

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 3424 PEACHTREE ROAD NE, SUITE 400<br>ATLANTA GA 30326 | | | |
| 1024629 - 10001147<br>PHILLIPS-VAN HEUSEN CO<br>PO BOX 643156<br>PITTSBURG PA 15264 | ACCOUNTS PAYABLE | | $0.00 |
| 1037678 - 10005032<br>REDLANDS MALL MERCHANTS ASSC<br>100 REDLANDS MALL<br>REDLANDS CA 92373 | RENT | | $0.00 |
| 1033440 - 10000525<br>REGENT-SUTTON LLC<br>1411 BROADWAY<br>FLOOR 7<br>NEW YORK NY 10018 | ACCOUNTS PAYABLE | | $0.00 |
| 1032725 - 10000798<br>REVERE MILLS<br>3000 S RIVER ROAD<br>DES PLAINES IL 60018 | ACCOUNTS PAYABLE | | $0.00 |
| 1032291 - 10000117<br>RIVER PARK PROPERTIES II<br>C/O LANCE KASHIAN & COMPANY<br>8365 NORTH FRESNO STREET, SUITE 150<br>FRESNO CA 93720 | RENT<br>RIVER PARK - STORE #89 | | $0.00 |
| 1032174 - 10000118<br>RIVERSIDE PLAZA LLC<br>3545 CENTRAL AVENUE, SUITE 200<br>RIVERSIDE CA 92506 | RENT<br>RIVERSIDE - STORE #42 | | $0.00 |
| 1032613 - 10000339<br>SARA ADAME<br>ADDRESS ON FILE | ACCOUNTS PAYABLE | | $0.00 |
| 1032297 - 10000126<br>STEADFAST YUBA CITY II, LLC<br>1215 COLUSA AVENUE<br>YUBA CITY CA 95991 | RENT<br>YUBA CITY - STORE #14 | | $0.00 |
| 1032786 - 10000462<br>SLL INC/NYDJ<br>2416 E 27TH ST<br>VERNON CA 90058 | ACCOUNTS PAYABLE | | $0.00 |
| 1033264 - 10000930<br>STAR RIDE BASICS<br>112 WEST 34TH STREET<br>NEW YORK NY 10120 | ACCOUNTS PAYABLE | | $0.00 |
| 1033330 - 10000639<br>SWAT-FAME INC<br>ATTN: NICO RUVALCABA<br>16425 E GALE AVE<br>CTY INDUSTRY CA 91745 | ACCOUNTS PAYABLE | | $0.00 |

In re Gottschalks Inc., Debtor, Case No. 09-10157

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1032763 - 10000703<br>TANZARA INTERNATIONAL<br>1407 BROADWAY<br>SUITE #1204<br>NEW YORK NY 10018 | ACCOUNTS PAYABLE | | $0.00 |
| 1032877 - 10000507<br>TELEBRANDS CORPORATION<br>81 TWO BRIDGES RD<br>FAIRFIELD NJ 07004 | ACCOUNTS PAYABLE | | $0.00 |
| 1032994 - 10000778<br>VERSAILLES<br>1400 BROADWAY<br>ROOM 700<br>NEW YORK NY 10018 | ACCOUNTS PAYABLE | | $0.00 |
| | **TOTAL** | | **$67,433.39** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **GOTTSCHALKS INC.**, a Delaware corporation,[1] | ) Case No. 09-10157 (KJC) |
| | ) |
| Debtor. | ) |

## DECLARATION CONCERNING AMENDMENTS TO DEBTOR'S SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

I, J. Gregory Ambro, the Bankruptcy Court-appointed Responsible Person on behalf of the estate of Gottschalks Inc., declare under penalty of perjury that the foregoing *Amendments to Debtor's Schedule F - Creditors Holding Unsecured Nonpriority Claims* is true and correct to the best of my knowledge and belief.

Dated: October 31, 2011        */s/ J. Gregory Ambro*
                               J. Gregory Ambro
                               Responsible Person on behalf of Gottschalks Inc.

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification number for the Debtor, is Gottschalks Inc. (9791). The Debtor's mailing address is P.O. Box 28920, Fresno, California 93729.