## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## **POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **Gottschalks Inc.**   Bank: **Bank of America**

Bankruptcy Number: **09-10157 (KJC)**   Account Number: **-4349**

Date of Confirmation: **February 28, 2011**   Account Type: **General (Sweep)**

Reporting Period: **October - December 2011**

| | | |
|---|---|---|
| Beginning Cash Balance: | $ 3,608,724.99 | |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ - | |
| Collections of Accounts Receivable: | $ 83,575.83 | |
| Proceeds from Litigation (settlement or otherwise): | $ - | |
| Sale of Debtor's Assets: | $ - | |
| Other: | $ 3,954.15 | |
| Total of cash received: | $ 87,529.98 | |

Total of cash available:     $ 3,696,254.97

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 331,319.56 | |
| All other disbursements made in the ordinary course: | $ 120,346.26 | |
| Transfer to Payroll Account | $ - | |
| Total Disbursements | | $ 451,665.82 |

Ending Cash Balance     $ 3,244,589.15

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/12/12
Date

_[signature]_ EVP·COO
Name/Title

Debtor: **Gottschalks Inc.**

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **Gottschalks Inc.**   Bank: **Bank of America**

Bankruptcy Number: **09-10157 (KJC)**   Account Number: **-8007**

Date of Confirmation: **February 28, 2011**   Account Type: **Payroll**

Reporting Period: **October - December 2011**

Beginning Cash Balance: $ 261,809.59

All receipts received by the debtor:

Cash Sales: $ -

Collections of Accounts Receivable: $ -

Proceeds from Litigation (settlement or otherwise): $ -

Sale of Debtor's Assets: $ -

Transfer from General Account: $ -

Other: $ -

Total of cash received: $ -

Total of cash available: $ 261,809.59

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ -

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ -

All other disbursements made in the ordinary course: $ 142,173.84

Total Disbursements   $ 142,173.84

Ending Cash Balance   $ 119,635.75

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/12/1**   *[signature]* RVP·COO
Date                          Name/Title

Debtor: **Gottschalks Inc.**

Gottschalks Inc.
Case No. 09-10157 (KJC)

| ASSETS | | December 31, 2011 |
|---|---|---:|
| Cash (Unrestricted) | $ | 3,363,425 |
| Cash (Restricted) | | - |
| Accounts Receivable (Net) | | 3,261,814 |
| Inventory | | - |
| Prepaid expenses | | 59,897 |
| Deposits | | 31,114 |
| Other (Attach List) | | - |
| Total Current Assets | $ | 6,716,250 |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | - |
| Machinery & Equipment | | - |
| Furniture, Fixtures & Office Equipment | | - |
| Vehicles | | - |
| Leasehold Improvements | | - |
| Less: Accumulated Depreciation/Depletion | | - |
| Total Property, Plant & Equipment | $ | - |
| Due from Affiliated & Insiders | | - |
| Other (Attach List) | | - |
| Total Assets | $ | 6,716,250 |
| **Liabilities not Subject to compromise (Post-petition Liabilities)** | | |
| Accounts Payable | $ | 154,099 |
| Taxes Payable | | 6,149 |
| Notes Payable | | - |
| Professional Fees | | - |
| Secured Debt | | - |
| Due to Affiliates & Insiders | | - |
| Other (Attach List) | | - |
| Total Post-petition Liabilities | $ | 160,248 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | - |
| Priority Debt - Per Plan | | 463,276 |
| Unsecured Debt - Per Plan | | 70,395,514 |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | $ | 70,858,790 |
| Total Liabilities | $ | 71,019,038 |
| **Equity** | | |
| Common Stock | | - |
| Retained Earnings (Deficit) | | (64,302,788) |
| Total Equity (Deficit) | | (64,302,788) |
| Total Liabilities & Owners' Equity | $ | 6,716,250 |