## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Gottschalks Inc. | Bank: | Bank of America |
| Bankruptcy Number: | 09-10157 (KJC) | Account Number: | -4349 |
| Date of Confirmation: | February 28, 2011 | Account Type: | General (Sweep) |
| Reporting Period: | January - March 2012 | | |

| | | |
|---|---:|---:|
| Beginning Cash Balance: | $ 3,244,589.15 | |
| **All receipts received by the debtor:** | | |
| Cash Sales: | $ - | |
| Collections of Accounts Receivable: | $ 194,879.23 | |
| Proceeds from Litigation (settlement or otherwise): | $ - | |
| Sale of Debtor's Assets: | $ 681,931.54 | |
| Other: | $ 105,277.29 | |
| Total of cash received: | $ 982,088.06 | |
| Total of cash available: | | $ 4,226,677.21 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---:|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 250,854.92 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 399,439.29 | |
| All other disbursements made in the ordinary course: | $ 106,223.48 | |
| Transfer to Payroll Account | $ 225,000.00 | |
| Total Disbursements | | $ 981,517.69 |
| Ending Cash Balance | | $ 3,245,159.52 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/18/12
Date

*[signature]* Gregory Ambro  EVP-COO - Responsible Person
Name/Title

Debtor: Gottschalks Inc.

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Gottschalks Inc. | Bank: | Bank of America |
| Bankruptcy Number: | 09-10157 (KJC) | Account Number: | -8007 |
| Date of Confirmation: | February 28, 2011 | Account Type: | Payroll |
| Reporting Period: | January - March 2012 | | |

Beginning Cash Balance: $ 119,635.75

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ - |
| Collections of Accounts Receivable: | $ - |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Transfer from General Account | $ 225,000.00 |
| Other: | $ - |
| Total of cash received: | $ 225,000.00 |

Total of cash available: $ 344,635.75

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| All other disbursements made in the ordinary course: | $ 174,138.70 |
| Total Disbursements | $ 174,138.70 |

Ending Cash Balance $ 170,497.05

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/18/12
Date

_[signature]_ Gregory Ambro EVP-COO - Responsible person
Name/Title

Debtor: Gottschalks Inc.

Gottschalks Inc.
Case No. 09-10157 (KJC)

| ASSETS | March 31, 2012 |
|---|---:|
| Cash (Unrestricted) | $ 3,404,752 |
| Cash (Restricted) | - |
| Accounts Receivable (Net) | 3,066,934 |
| Inventory | - |
| Prepaid expenses | 36,461 |
| Deposits | 27,523 |
| Other (Attach List) | - |
| Total Current Assets | $ 6,535,670 |
| Property, Plant & Equipment | |
| Real Property & Improvements | - |
| Machinery & Equipment | - |
| Furniture, Fixtures & Office Equipment | - |
| Vehicles | - |
| Leasehold Improvements | - |
| Less: Accumulated Depreciation/Depletion | - |
| Total Property, Plant & Equipment | $ - |
| Due from Affiliated & Insiders | - |
| Other (Attach List) | - |
| Total Assets | $ 6,535,670 |
| Liabilities not Subject to compromise (Post-petition Liabilities) | |
| Accounts Payable | $ 85,534 |
| Taxes Payable | (5,990) |
| Notes Payable | - |
| Professional Fees | - |
| Secured Debt | - |
| Due to Affiliates & Insiders | - |
| Other (Attach List) | - |
| Total Post-petition Liabilities | $ 79,544 |
| Liabilities Subject to Compromise (Pre-petition Liabilities) | |
| Secured Debt - Per Plan | - |
| Priority Debt - Per Plan | - |
| Unsecured Debt - Per Plan | 70,395,514 |
| Other (Attach List) - Per Plan | |
| Total Pre-petition Liabilities | $ 70,395,514 |
| Total Liabilities | $ 70,475,058 |
| Equity | |
| Common Stock | - |
| Retained Earnings (Deficit) | (63,939,388) |
| Total Equity (Deficit) | (63,939,388) |
| Total Liabilities & Owners' Equity | $ 6,535,670 |