## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Gottschalks Inc. | Bank: | Bank of America |
| Bankruptcy Number: | 09-10157 (KJC) | Account Number: | -4349 |
| Date of Confirmation: | February 28, 2011 | Account Type: | General (Sweep) |
| Reporting Period: | April - June 2012 | | |

Beginning Cash Balance: $ 3,245,159.52

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ - |
| Collections of Accounts Receivable: | $ 450,000.00 |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Other: | $ 137,438.46 |
| Total of cash received: | $ 587,438.46 |

Total of cash available: $ 3,832,597.98

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 312,285.96 |
| All other disbursements made in the ordinary course: | $ 46,322.81 |
| Transfer to Payroll Account | $ 200,000.00 |
| Total Disbursements | $ 558,608.77 |

Ending Cash Balance $ 3,273,989.21

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/18/12
Date

Name/Title: [signature] COO - Responsible Person

Debtor: Gottschalks Inc.

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **Gottschalks Inc.**     Bank: **Bank of America**

Bankruptcy Number: **09-10157 (KJC)**     Account Number: **-8007**

Date of Confirmation: **February 28, 2011**     Account Type: **Payroll**

Reporting Period: **April - June 2012**

| | |
|---|---:|
| Beginning Cash Balance: | $ 170,497.05 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $ - |
| Collections of Accounts Receivable: | $ - |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Transfer from General Account | $ 200,000.00 |
| Other: | $ - |
| Total of cash received: | $ 200,000.00 |
| Total of cash available: | $ 370,497.05 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| All other disbursements made in the ordinary course: | $ 142,173.84 |
| Total Disbursements | $ 142,173.84 |
| Ending Cash Balance | $ 228,323.21 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/18/12

Name/Title: [signature] COO - Responsible Person

Debtor: **Gottschalks Inc.**

Gottschalks Inc.
Case No. 09-10157 (KJC)

| ASSETS | | June 30, 2012 |
|---|---|---|
| Cash (Unrestricted) | $ | 3,488,675 |
| Cash (Restricted) | | - |
| Accounts Receivable (Net) | | 2,616,934 |
| Inventory | | - |
| Prepaid expenses | | 34,483 |
| Deposits | | 27,160 |
| Other (Attach List) | | - |
| Total Current Assets | $ | 6,167,252 |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | - |
| Machinery & Equipment | | - |
| Furniture, Fixtures & Office Equipment | | - |
| Vehicles | | - |
| Leasehold Improvements | | - |
| Less: Accumulated Depreciation/Depletion | | - |
| Total Property, Plant & Equipment | $ | - |
| Due from Affiliated & Insiders | | - |
| Other (Attach List) | | - |
| Total Assets | $ | 6,167,252 |
| Liabilities not Subject to compromise (Post-petition Liabilities) | | |
| Accounts Payable | $ | 180,451 |
| Taxes Payable | | 3,279 |
| Notes Payable | | - |
| Professional Fees | | - |
| Secured Debt | | - |
| Due to Affiliates & Insiders | | - |
| Other (Attach List) | | - |
| Total Post-petition Liabilities | $ | 183,730 |
| Liabilities Subject to Compromise (Pre-petition Liabilities) | | |
| Secured Debt - Per Plan | | - |
| Priority Debt - Per Plan | | - |
| Unsecured Debt - Per Plan | | 70,395,514 |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | $ | 70,395,514 |
| Total Liabilities | $ | 70,579,244 |
| Equity | | |
| Common Stock | | - |
| Retained Earnings (Deficit) | | (64,411,992) |
| Total Equity (Deficit) | | (64,411,992) |
| Total Liabilities & Owners' Equity | $ | 6,167,252 |