OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Gottschalks Inc. | Bank: | Bank of America |
| Bankruptcy Number: | 09-10157 (KJC) | Account Number: | -4349 |
| Date of Confirmation: | February 28, 2011 | Account Type: | General (Sweep) |
| Reporting Period: | July - September 2012 | | |

Beginning Cash Balance: $ 3,273,989.21

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ - |
| Collections of Accounts Receivable: | $ - |
| Proceeds from Litigation (settlement or otherwise): | $ 125,000.00 |
| Sale of Debtor's Assets: | $ - |
| Other: | $ 944.40 |
| Total of cash received: | $ 125,944.40 |

Total of cash available: $ 3,399,933.61

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 189,366.36 |
| All other disbursements made in the ordinary course: | $ 44,182.42 |
| Transfer to Payroll Account | $ 155,000.00 |
| Total Disbursements | $ 388,548.78 |

Ending Cash Balance $ 3,011,384.83

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/18/12
Date

_[signature]_ COO
Name/Title

Debtor: Gottschalks Inc.

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **Gottschalks Inc.**  Bank: **Bank of America**

Bankruptcy Number: **09-10157 (KJC)**  Account Number: **-8007**

Date of Confirmation: **February 28, 2011**  Account Type: **Payroll**

Reporting Period: **July - September 2012**

Beginning Cash Balance: $ 228,323.21

All receipts received by the debtor:

Cash Sales: $ -

Collections of Accounts Receivable: $ -

Proceeds from Litigation (settlement or otherwise): $ -

Sale of Debtor's Assets: $ -

Transfer from General Account: $ 155,000.00

Other: $ -

Total of cash received: $ 155,000.00

Total of cash available: $ 383,323.21

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ -

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ -

All other disbursements made in the ordinary course: $ 165,800.52

Total Disbursements $ 165,800.52

Ending Cash Balance $ 217,522.69

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/18/12
Date

_[signature]_ COO
Name/Title

Debtor: **Gottschalks Inc.**

**Gottschalks Inc.**
**Case No. 09-10157 (KJC)**

| ASSETS | September 29, 2012 | |
|---|---|---:|
| Cash (Unrestricted) | $ | 3,228,358 |
| Cash (Restricted) | | - |
| Accounts Receivable (Net) | | 2,616,934 |
| Inventory | | - |
| Prepaid expenses | | 18,604 |
| Deposits | | 27,160 |
| Other (Attach List) | | - |
| Total Current Assets | $ | 5,891,056 |
| Property, Plant & Equipment | | |
| Real Property & Improvements | | - |
| Machinery & Equipment | | - |
| Furniture, Fixtures & Office Equipment | | - |
| Vehicles | | - |
| Leasehold Improvements | | - |
| Less: Accumulated Depreciation/Depletion | | - |
| Total Property, Plant & Equipment | $ | - |
| Due from Affiliated & Insiders | | - |
| Other (Attach List) | | - |
| Total Assets | $ | 5,891,056 |
| Liabilities not Subject to compromise (Post-petition Liabilities) | | |
| Accounts Payable | $ | 118,501 |
| Taxes Payable | | (5,990) |
| Notes Payable | | - |
| Professional Fees | | - |
| Secured Debt | | - |
| Due to Affiliates & Insiders | | - |
| Other (Attach List) | | - |
| Total Post-petition Liabilities | $ | 112,511 |
| Liabilities Subject to Compromise (Pre-petition Liabilities) | | |
| Secured Debt - Per Plan | | - |
| Priority Debt - Per Plan | | - |
| Unsecured Debt - Per Plan | | 70,395,514 |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | $ | 70,395,514 |
| Total Liabilities | $ | 70,508,025 |
| Equity | | |
| Common Stock | | - |
| Retained Earnings (Deficit) | | (64,616,969) |
| Total Equity (Deficit) | | (64,616,969) |
| Total Liabilities & Owners' Equity | $ | 5,891,056 |