## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Gottschalks Inc. | Bank: | Bank of America |
| Bankruptcy Number: | 09-10157 (KJC) | Account Number: | -4349 |
| Date of Confirmation: | February 28, 2011 | Account Type: | General (Sweep) |
| Reporting Period: | Oct - Dec 2012 | | |

Beginning Cash Balance: $ 3,011,384.83

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ - |
| Collections of Accounts Receivable: | $ 88,400.00 |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Other: | $ 74,938.47 |
| Total of cash received: | $ 163,338.47 |

Total of cash available: $ 3,174,723.30

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 2,400,014.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 558,779.20 * |
| All other disbursements made in the ordinary course: | $ 15,930.10 * |
| Transfer to Payroll Account | $ 200,000.00 |
| Total Disbursements | $ 3,174,723.30 |

Ending Cash Balance $ -

\* Includes certain estimated final amounts for fees and expenses not yet invoiced.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

12/17/12
Date

_[signature]_ COO
Name/Title

Debtor: **Gottschalks Inc.**

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Gottschalks Inc. | Bank: | Bank of America |
| Bankruptcy Number: | 09-10157 (KJC) | Account Number: | -8007 |
| Date of Confirmation: | February 28, 2011 | Account Type: | Payroll |
| Reporting Period: | Oct - Dec 2012 | | |

Beginning Cash Balance: $ 217,522.69

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ - |
| Collections of Accounts Receivable: | $ - |
| Proceeds from Litigation (settlement or otherwise): | $ - |
| Sale of Debtor's Assets: | $ - |
| Transfer from General Account | $ 200,000.00 |
| Other: | $ - |
| Total of cash received: | $ 200,000.00 |

Total of cash available: $ 417,522.69

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| All other disbursements made in the ordinary course: | $ 417,522.69 * |

Total Disbursements $ 417,522.69

Ending Cash Balance $ -

* Includes certain estimated final amounts for fees and expenses not yet invoiced.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

12/17/12
Date

[signature] COO
Name/Title

Debtor: Gottschalks Inc.

Gottschalks Inc.
Case No. 09-10157 (KJC)

| ASSETS | December 31, 2012 |
|---|---|
| Cash (Unrestricted) | $ - |
| Cash (Restricted) | - |
| Accounts Receivable (Net) | - |
| Inventory | - |
| Prepaid expenses | - |
| Deposits | - |
| Other (Attach List) | - |
| Total Current Assets | $ - |
| Property, Plant & Equipment | |
| Real Property & Improvements | - |
| Machinery & Equipment | - |
| Furniture, Fixtures & Office Equipment | - |
| Vehicles | - |
| Leasehold Improvements | - |
| Less: Accumulated Depreciation/Depletion | - |
| Total Property, Plant & Equipment | $ - |
| Due from Affiliated & Insiders | - |
| Other (Attach List) | - |
| Total Assets | $ - |
| Liabilities not Subject to compromise (Post-petition Liabilities) | |
| Accounts Payable | $ - |
| Taxes Payable | - |
| Notes Payable | - |
| Professional Fees | - |
| Secured Debt | - |
| Due to Affiliates & Insiders | - |
| Other (Attach List) | - |
| Total Post-petition Liabilities | $ - |
| Liabilities Subject to Compromise (Pre-petition Liabilities) | |
| Secured Debt - Per Plan | - |
| Priority Debt - Per Plan | - |
| Unsecured Debt - Per Plan | - |
| Other (Attach List) - Per Plan | |
| Total Pre-petition Liabilities | $ - |
| Total Liabilities | $ - |
| Equity | |
| Common Stock | - |
| Retained Earnings (Deficit) | - |
| Total Equity (Deficit) | - |
| Total Liabilities & Owners' Equity | $ - |