IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

----------------------------------------------------------------x
:
*In re* : Chapter 11
:
**GOTTSCHALKS INC., a Delaware** : Case No. 09-10157 (KJC)
**Corporation**[1] :
:
**Debtor.** :
:
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Andres A. Estrada, hereby certify that, on the 18th day of December, 2012, I caused the following document to be served via First Class Mail on the service list attached hereto as **Exhibit A**:

- Post-Confirmation Report for the Reporting Period October - December 2012 [Docket No. 2634]

Further, on the 18th day of December, 2012, I caused the following document to be served via Electronic Mail on the service list attached hereto as **Exhibit B**, via Facsimile on the service list attached hereto as **Exhibit C** and via Overnight Mail on the service list attached hereto as **Exhibit D**:

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification number for the Debtor, is Gottschalks Inc. (9791). The Debtor's mailing address is P.O. Box 28920, Fresno, California 93729.

- Notice of Agenda of Matters Scheduled for Hearing on December 20, 2012 at 1:00 PM (EST) [Docket No. 2635]

Dated: December 28, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Andres A. Estrada

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA  90245
(310) 823-9000

State of California, County of Los Angeles

Subscribed and sworn to before me on this 28th day of December, 2012, by Andres A. Estrada, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature _____

[Notary Seal: LYDIA PASTOR NINO, Commission # 1960751, Notary Public - California, Los Angeles County, My Comm. Expires Nov 18, 2015]

# Exhibit A

**Exhibit A**
**Served via First Class Mail**

| Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | BRADFORD J SANDLER JENNIFER R HOOVER | 222 DELAWARE AVE STE 801 | | WILMINGTON | DE | 19801 |
| COOLEY GODWARD KRONISH LLP | LAWRENCE C GOTTLIEB JAY R INDYKE MICHAEL KLEIN | THE GRACE BLDG | 1114 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036-7798 |
| OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | DAVID BUCHBINDER | 844 KING ST STE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | ROBERTA A DEANGELIS | 844 KING ST STE 2313 | LOCKBOX 35 | WILMINGTON | DE | 19801-3519 |

# Exhibit B

**Exhibit B**
**Served via Email**

| Creditor Name | Notice Name | Email |
|---|---|---|
| 2401 BUTANO DRIVE LLC | SHERRY M DUPONT | sherry@laeroc.com |
| ALFRED DUNNER INC | RAYMOND BARRICK | rbarrick@alfreddunner.net |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | THOMAS E GIBBS MICHAEL S GREGER | tgibbs@allenmatkins.com mgreger@allenmatkins.com |
| ASSAYAG MAUSS PC | C O MICHAELE SABO ASSAYAG | efilings@amlegalgroup.com michelea@amlegalgroup.com |
| BALLARD SPHAR ANDREWS & INGERSOLL LLP | TOBEY M DALUZ LESLIE HEILMAN | daluzt@ballardspahr.com;heilmanl@ballardspahr.com |
| BALLARD SPHAR ANDREWS & INGERSOLL LLP | DAVID L POLLACK JEFFREY MEYERS | pollack@ballardspahr.com;meyers@ballardspahr.com |
| BAYARD PA | CHARLENE D DAVIS JUSTIN R ALBERTO | cdavis@bayardlaw.com jalberto@bayardlaw.com |
| BEALL & BURKHARDT | WILLIAM C BEALL | will@beallandburkhardt.com |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | BRADFORD J SANDLER JENNIFER R HOOVER | jhoover@beneschlaw.com |
| BRIGGS AND MORGAN PA | MICHAEL D GORDON & SHANNON E GHERTY | mgordon@briggs.com;sgherty@briggs.com |
| BROWN & CONNERY LLP | DONALD K LUDMAN | dludman@brownconnery.com |
| BRYAN CAVE LLP | MICHELLE MCHAHON | michelle.mcmahon@bryancave.com |
| BUCHALTER NEMER A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON | schristianson@buchalter.com |
| CAVAZOS HENDRICKS POIROT & SMITH PC | LYNDEL ANNE MASON | lmason@chfirm.com |
| COLE SCHOTZ MEISEL FORMAN & LEONARD PA | PATRICK J REILLEY | preilley@coleschotz.com |
| COMAN & ANDERSON | DAVID A NEWBY | dnewby@comananderson.com |
| CONNOLLY BOVE LODGE & HUTZ LLP | KAREN C BIFFERATO CHRISTINA M THOMPSON MARC J PHILLIPS | kbifferato@cblh.com;cthompson@cblh.com;mphillips@cblh.com |
| COOCH AND TAYLOR | SUSAN E KAUFMAN | skaufman@coochtaylor.com |
| COOLEY GODWARD KRONISH LLP | LAWRENCE C GOTTLIEB JAY R INDYKE MICHAEL KLEIN | lgottlieb@cooley.com;jindyke@cooley.com;mklein@cooley.com |
| COZEN OCONNOR | JOHN T CARROLL III BARRY M KLAYMAN | jcarroll@cozen.com bklayman@cozen.com |
| DELAWARE SECRETARY OF THE TREASURY | | statetreasurer@state.de.us |
| DOWLING AARON & KEELER | CHRISTOPHER E SEYMOUR | cseymour@daklaw.com |
| DRINKER BIDDLE & REATH LLP | ANDREW C KASSNER & JOSEPH N ARGENTINA JR | andrew.kassner@dbr.com |
| EVERGREEN ENVIRONMENTAL DEVELOPMENT CORPORATION | GREENE & MARKLEY | conde.cox@greenemarkley.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | PAUL J PASCUZZI | ppascuzzi@ffwplaw.com |
| FROST BROWN TODD LLC | RONALD E GOLD JOSEPH B WELLS Joseph B Wells | rgold@fbtlaw.com |
| GE MONEY BANK | C O RECOVERY MANAGEMENT SYSTEMS CORP | claims@recoverycorp.com |
| GGP LIMITED PARTNERSHIP AS AGENT | KRISTEN N PATE | ggpbk@ggp.com |
| GREENBERG TRAURIG LLP | DENNIS A MELORO | melorod@gtlaw.com |
| HAHN & HESSEN LLP | EDWARD L SCHNITZER | eschnitzer@hahnhessen.com |
| HAMILTON BEACH BRANDS INC | WILLIAM RAY | bill.ray@hamiltonbeach.com |
| HANSON BRIDGETT LLP | NANCY J NEWMAN MEGAN OLIVER THOMPSON | nnewman@hansonbridgett.com;moliverthompson@hansonbridgett.com |

**Exhibit B**
**Served via Email**

| Creditor Name | Notice Name | Email |
|---|---|---|
| HEWLETT PACKARD COMPANY | KEN HIGMAN | ken.higman@hp.com |
| IBM CORPORATION IBM Credit LLC | Marie-Josee Dube | mjdube@ca.ibm.com |
| Internal Revenue Service | Insolvency Section | susanne.larson@irs.gov |
| J SCOTT DOUGLASS | | jsdlaw@msn.com |
| JEFFER MANGELS BUTLER & MARMARO LLP | DAVID M POITRAS PC | dpoitras@jmbm.com |
| JONES APPAREL GROUP INC | JOSEPH ZUFOLO | jzufolo@jny.com |
| K&L GATES LLP | DAVID C NEU | david.neu@klgates.com |
| KATTEN MUCHIN ROSENMAN LLP | THOMAS J LEANSE DUSTIN P BRANCH | thomas.leanse@kattenlaw.com;dustin.branch@kattenlaw.com |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN BANKRUPTCY DIVISION | bankruptcy@co.kern.ca.us |
| KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP | RICHARD M BECK | rbeck@klehr.com |
| LIZ CLAIBORNE | LOANNE LONGO & JEFF ANSELL | jeff_ansell@liz.com |
| LOEB & LOEB LLP | MICHAEL L MOLINARO & STANLEY F ORSZULA | mmolinaro@loeb.com; |
| MCGUIREWOODS LLP | SALLY E EDISON NICHOLAS E MERIWETHER | sedison@mcguirewoods.com; |
| MCKENNA LONG & ALDRIDGE LLP | GARY OWEN CARIS & LESLEY ANNE HAWES | gcaris@mckennalong.com;lhawes@mckennalong.com |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER PA | RACHEL B MERSKY | rmersky@monlaw.com |
| MORGAN LEWIS & BOCKIUS LLP | ROBERT A BARRY & SANDRA J VREJAN | rbarry@morganlewis.com;svrejan@morganlewis.com |
| MORGAN LEWIS & BOCKIUS LLP | MENACHEM ZELMANOVITZ ROBERT SCANNELL SANDRA VREJAN | svrejan@morganlewis.com rscannell@morganlewis.com mzelmanovitz@morganlewis.com |
| OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | DAVID BUCHBINDER | david.l.buchbinder@usdoj.gov |
| OMELVENY & MYERS LLP | STEPHEN H WARREN KAREN RINEHART | krinehart@omm.com |
| ORRICK HERRINGTON & SUTCLIFFE LLP | FREDERICK D HOLDEN JR | fholden@orrick.com |
| POLSINELLI SHUGHART PC | CHRISTOPHER A WARD & JUSTIN K EDELSON | cward@polsinelli.com;jedelson@polsinelli.com |
| POTTER ANDERSON & CORROON LLP | DAVID J BALDWIN & ETTA R WOLF | dbaldwin@potteranderson.com |
| POTTER ANDERSON & CORROON LLP | LAURIE SELBER SILVERSTEIN GABRIEL R MACCONAILL | lsilverstein@potteranderson.com |
| PROCOPIO CORY HARGREAVES & SAVITCH LLP | GERALD P KENNEDY | gpk@procopio.com |
| REED SMITH LLP | KURT F GWYNNE KIMBERLY E C LAWSON | kgwynne@reedsmith.com;klawson@reedsmith.com |
| RICHARDS LAYTON FINGER PA | MARK D COLLINS MICHAEL J MERCHANT LEE KAUFMAN | Kaufman@RLF.com |
| ROBINSON & COLE LLP | PATRICK M BIRNEY | pbirney@rc.com |
| ROMERO LAW FIRM | MARTHA E ROMERO | romero@mromerolawfirm.com |
| ROSENTHAL MONHAIT & GODDESS PA | NORMAN M MONHAIT | nmonhait@rmgglaw.com |
| SAUL EWING LLP | MARK MINUTI JEREMY W RYAN | mminuti@saul.com |
| Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| SECURITIES & EXCHANGE COMMISSION | George S Canellos Regional Director | bankruptcynoticeschr@sec.gov |

**Exhibit B**
**Served via Email**

| Creditor Name | Notice Name | Email |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | | secbankruptcy@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | DANIEL M HAWKE REGIONAL DIR | secbankruptcy@sec.gov |
| SHUMAKER LOOP & KENDRICK LLP | DAVID H CONAWAY DAWN B FLOYD | dconaway@slk-law.com; |
| SIMON PROPERTY GROUP INC | RONALD M TUCKER | rtucker@simon.com |
| SMITH KATZENSTEIN & FURLOW | KATHLEEN M MILLER | kmiller@skfdelaware.com |
| STATE OF DELAWARE | RANDY R WELLER MS 25 | FASNotify@state.de.us |
| STEVENS & LEE PC | BETH STERN FLEMING | bsf@stevenslee.com |
| STEVENS & LEE PC | MARIA APRILE SAWCZUK | masa@stevenslee.com |
| STEVENS & LEE PC | RUSSELL T JOHNSON III & JOHN M CRAIG | russj4478@aol.com |
| Stoel Rives LLP | Christine A Kosydar Christine M Wallentine | cakosydar@stoel.com; cmwallenentine@stoel.com |
| SULLIVAN HAZELTINE ALLINSON LLC | WILLIAM A HAZELTINE | whazeltine@sha-llc.com |
| TEMPUR-PEDIC INTERNATIONAL INC | TRACY COOKE | tracy.cooke@tempurpedic.com |
| THE ESTEE LAUDER COMPANIES INC | JOHN CAMMARATA | jcammara@estee.com |
| TULARE COUNTY TAX COLLECTOR | ATTN MELISSA QUINN | mrquinn@co.tulare.ca.us |
| US ATTORNEY GENERAL DE | CHARLES OBERLY C/O ELLEN SLIGHTS | ellen.slights@usdoj.gov |
| WALTER WILHELM LAW GROUP A PROFESSIONAL CORPORATION | MICHAEL L WILHELM | mwilhelm@w2lg.com |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | WILLIAM B SULLIVAN | bankruptcy@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | KEVIN J MANGAN | kmangan@wcsr.com |

# Exhibit C

**Exhibit C**
**Served via Fax**

| Creditor Name | Notice Name | Fax |
|---|---|---|
| 2401 BUTANO DRIVE LLC | SHERRY M DUPONT | 310-796-1495 |
| ALFRED DUNNER INC | RAYMOND BARRICK | 212-221-4518 |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | THOMAS E GIBBS MICHAEL S GREGER | 949-553-8354 |
| ASSAYAG MAUSS PC | C O MICHAELE SABO ASSAYAG | 714-427-6888 |
| AUERBACH GRATNS PASS LLC | & FREEMAN GRANTS PASS LLC | 541-479-1569 |
| BALLARD SPHAR ANDREWS & INGERSOLL LLP | DAVID L POLLACK JEFFREY MEYERS | 215-864-9473 |
| BALLARD SPHAR ANDREWS & INGERSOLL LLP | TOBEY M DALUZ LESLIE HEILMAN | 302-252-4466 |
| BARDELLINI STRAW CAVIN & BUPP LLP | C RANDALL BUPP | 925-277-3591 |
| BAYARD PA | DANIEL A OBRIEN | 302-658-6395 |
| BAYARD PA | ASHLEY B STITZER | 302-658-6395 |
| BAYARD PA | CHARLENE D DAVIS JUSTIN R ALBERTO | 302-658-6395 |
| BEALL & BURKHARDT | WILLIAM C BEALL | 805-963-5988 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | BRADFORD J SANDLER JENNIFER R HOOVER | 302-442-7012 |
| BRIGGS AND MORGAN PA | MICHAEL D GORDON & SHANNON E GHERTY | 612-977-8650 |
| BROWN & CONNERY LLP | DONALD K LUDMAN | 856-853-9933 |
| BRYAN CAVE LLP | MICHELLE MCHAHON | 212-541-1439 |
| BUCHALTER NEMER A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON | 415-227-0770 |
| CHOATE HALL & STEWART LLP | DOUGLAS R GOODING SEAN M MONAHAN | 617-248-4000 |
| COLE SCHOTZ MEISEL FORMAN & LEONARD PA | PATRICK J REILLEY | 302-652-3117 |
| COMAN & ANDERSON | DAVID A NEWBY | 630-428-2549 |
| CONNOLLY BOVE LODGE & HUTZ LLP | KAREN C BIFFERATO CHRISTINA M THOMPSON MARC J PHILLIPS | 302-658-0380 |
| COOCH AND TAYLOR | SUSAN E KAUFMAN | 302-984-3939 |
| COOLEY GODWARD KRONISH LLP | LAWRENCE C GOTTLIEB JAY R INDYKE MICHAEL KLEIN | 212-479-6275 |
| DAY PITNEY LLP | AMISH R DOSHI | 212-916-2940 |
| DELAWARE DEPT OF JUSTICE | ATTN BANKRUPTCY DEPT | 302-577-5866 |
| DELAWARE SECRETARY OF THE STATE | DIVISION OF CORPORATIONS | 302-739-5635 |
| DIETER G STRUZYNA PLLC | DIETER G STRUZYNA | 425-827-9785 |
| DIVISION OF UNEMPLOYMENT INS | DEPARTMENT OF LABOR | 302-761-6598 |
| DRINKER BIDDLE & REATH LLP | ANDREW C KASSNER & JOSEPH N ARGENTINA JR | 302-467-4201 |
| EVERGREEN ENVIRONMENTAL DEVELOPMENT CORPORATION | GREENE & MARKLEY | 503-224-8434 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | PAUL J PASCUZZI | 916-329-7435 |
| FINLAY FINE JEWELRY CORPORATION | JOYCE MANNING MAGRINI | 212-983-7516 |
| FROST BROWN TODD LLC | RONALD E GOLD JOSEPH B WELLS Joseph B Wells | 513-651-6981 |
| GE MONEY BANK | C O RECOVERY MANAGEMENT SYSTEMS CORP | 305-374-8113 |
| GENERAL ELECTRIC CAPITAL CORPORATION | MIKE WATSON ACCOUNT MANAGER | 203-749-4666 |
| GGP LIMITED PARTNERSHIP AS AGENT | KRISTEN N PATE | 312-442-6374 |

**Exhibit C**
**Served via Fax**

| Creditor Name | Notice Name | Fax |
|---|---|---|
| GREENBERG TRAURIG LLP | DENNIS A MELORO | 302-661-7360 |
| GREENBERG TRAURIG LLP | SCOTT D COUSINS & DENNIS A MELORO | 302-661-7360 |
| GREENBERG TRAURIG LLP | NATHAN A SCHULTZ & ADAM M STARR | 310-586-7800 |
| HAHN & HESSEN LLP | EDWARD L SCHNITZER | 212-478-7400 |
| HANESBRANDS INC | CATHERINE MEEKER | 336-714-3638 |
| HANSON BRIDGETT LLP | NANCY J NEWMAN MEGAN OLIVER THOMPSON | 415-995-3450 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 267-941-1015 |
| J SCOTT DOUGLASS | | 713-227-7497 |
| JEFFER MANGELS BUTLER & MARMARO LLP | DAVID M POITRAS PC | 310-712-8571 |
| JONES APPAREL GROUP INC | JOSEPH ZUFOLO | 215-826-6901 |
| K&L GATES LLP | DAVID C NEU | 206-623-7022 206-370-6289 |
| KATTEN MUCHIN ROSENMAN LLP | THOMAS J LEANSE DUSTIN P BRANCH | 310-788-4471 |
| KENAI PENINSULA BOROUGH | SCOTT BLOOM | 907-262-8686 |
| KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP | RICHARD M BECK | 302-426-9193 |
| LIZ CLAIBORNE | LOANNE LONGO & JEFF ANSELL | 201-643-3006 |
| LOEB & LOEB LLP | MICHAEL L MOLINARO & STANLEY F ORSZULA | 312-464-3111 |
| MCGUIREWOODS LLP | SALLY E EDISON NICHOLAS E MERIWETHER | 412-667-6050 |
| MCKENNA LONG & ALDRIDGE LLP | GARY OWEN CARIS & LESLEY ANNE HAWES | 213-243-6330 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER PA | RACHEL B MERSKY | 302-656-2769 |
| MORGAN LEWIS & BOCKIUS LLP | MENACHEM ZELMANOVITZ ROBERT SCANNELL SANDRA VREJAN | 212-309-6001 |
| MORGAN LEWIS & BOCKIUS LLP | ROBERT A BARRY & SANDRA J VREJAN | 617-341-7701 |
| MUNICIPALITY OF ANCHORAGE DEPARTMENT OF LAW | G PETER HALLGRIMSON | 907-343-4550 |
| OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | ROBERTA A DEANGELIS | 302-573-6497 |
| OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | DAVID BUCHBINDER | 302-573-6497 |
| OFFICE OF THE US ATTORNEY GENERAL | JOSEPH R BIDEN III | 302-577-5866 |
| ORACLE USA INC | DEBORAH MILLER PEGGY BRUGGMAN | 650-506-7114 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | FREDERICK D HOLDEN JR | 415-773-5759 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | CRAIG A BARBAROSH & KAREN B DINE | 212-858-1500 |
| POLSINELLI SHUGHART PC | CHRISTOPHER A WARD & JUSTIN K EDELSON | 302-252-0921 |
| POTTER ANDERSON & CORROON LLP | DAVID J BALDWIN & ETTA R WOLF | 302-658-1192 |
| POTTER ANDERSON & CORROON LLP | LAURIE SELBER SILVERSTEIN GABRIEL R MACCONAILL | 302-658-1192 |
| PROCOPIO CORY HARGREAVES & SAVITCH LLP | GERALD P KENNEDY | 619-235-0398 |
| REED SMITH LLP | KURT F GWYNNE KIMBERLY E C LAWSON | 302-778-7575 |
| ROBINSON & COLE LLP | PATRICK M BIRNEY | 860-275-8299 |
| ROMERO LAW FIRM | MARTHA E ROMERO | 562-907-6820 |

**Exhibit C**
**Served via Fax**

| Creditor Name | Notice Name | Fax |
|---|---|---|
| ROSENTHAL MONHAIT & GODDESS PA | NORMAN M MONHAIT | 302-658-7567 |
| SAUL EWING LLP | MARK MINUTI JEREMY W RYAN | 302-421-5873 |
| SECURITIES & EXCHANGE COMMISSION | DANIEL M HAWKE REGIONAL DIR | 215-597-3194 |
| SEITZ VAN OGTROP & GREEN PA | R KARL HILL | 302-888-0606 |
| SHUMAKER LOOP & KENDRICK LLP | DAVID H CONAWAY DAWN B FLOYD | 704-332-1197 |
| SIMON PROPERTY GROUP INC | RONALD M TUCKER | 317-263-7901 |
| SMITH KATZENSTEIN & FURLOW | KATHLEEN M MILLER | 302-652-8405 |
| STATE OF DELAWARE | RANDY R WELLER MS 25 | 302-577-8202 |
| STEVENS & LEE PC | BETH STERN FLEMING | 610-371-8504 |
| STEVENS & LEE PC | MARIA APRILE SAWCZUK | 610-988-0838 |
| STEVENS & LEE PC | RUSSELL T JOHNSON III & JOHN M CRAIG | 804-749-8862 |
| Stoel Rives LLP | Christine A Kosydar Christine M Wallentine | 503-220-2480 |
| SULLIVAN HAZELTINE ALLINSON LLC | WILLIAM A HAZELTINE | 302-428-8195 |
| TEMPUR-PEDIC INTERNATIONAL INC | TRACY COOKE | 859-514-5615 |
| THE ESTEE LAUDER COMPANIES INC | JOHN CAMMARATA | 631-847-8474 |
| US ATTORNEY GENERAL DE | CHARLES OBERLY C/O ELLEN SLIGHTS | 302-573-6220 |
| WALTER WILHELM LAW GROUP A PROFESSIONAL CORPORATION | MICHAEL L WILHELM | 559-435-9868 |
| WEIL GOTSHAL & MANGES | LORI R FIFE SHAI Y WAISMAN | 212-310-8007 |
| WELLS FARGO BANK NA | C O MICHELE SABO ASSAYAG  ELIZABETH H MATTIS | 714-427-6888 |
| WOMBLE CARLYLE SANDRIDGE & RICE | STEVEN K KORTANEK | 302-661-7728 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | KEVIN J MANGAN | 302-252-4330 |

# Exhibit D

Exhibit D
Served via Overnight Mail

| Creditor Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ARPIN VAN LINES | CAROL MCDOLE CREDIT MANAGER | PO BOX 1302 | | EAST GREENWICH | RI | 02818-0998 |
| CAVAZOS HENDRICKS POIROT & SMITH PC | LYNDEL ANNE MASON | 900 JACKSON ST STE 570 | FOUNDERS SQUARE | DALLAS | TX | 75202 |
| CITY ATTORNEYS OFFICE | BANKRUPTCIES | CITY OF FRESNO | 2600 FRESNO ST | FRESNO | CA | 93721 |
| COZEN OCONNOR | JOHN T CARROLL III BARRY M KLAYMAN | 1201 N MARKET ST STE 1400 | | WILMINGTON | DE | 19801 |
| DELAWARE SECRETARY OF THE TREASURY | | 820 Silver Lake Blvd Ste 100 | | DOVER | DE | 19904 |
| DOWLING AARON & KEELER | CHRISTOPHER E SEYMOUR | 8080 N PALM AVE 3RD FL | | FRESNO | CA | 93711 |
| GENERAL ELECTRIC CAPITAL CORPORATION | CORPORATE COUNSEL COMMERCIAL FINANCE | 201 HIGH RIDGE ROAD | | STAMFORD | CT | 06927-5100 |
| GGP LIMITED PARTNERSHIP AS AGENT | JULIE MINNICK BOWDEN | 110 N WACKER DR | | CHICAGO | IL | 60606 |
| HAMILTON BEACH BRANDS INC | WILLIAM RAY | 4421 WATERFRONT DR | | GLEN ALLEN | VA | 23060 |
| HEWLETT PACKARD COMPANY | KEN HIGMAN | SR DEFAULT & RECOVERY ANALYST | 12610 PARK PLZ DR NO 100 | CERRITOS | CA | 90703-9361 |
| IBM CORPORATION IBM Credit LLC | Marie-Josee Dube | Bankruptcy Coordinator | 1360 Rene Levesque W Ste 400 | Montreal | QC | H3G 2W6 |
| IKON OFFICE SOLUTIONS | KATRINA RUMPH | RECOVERY & BANKRUPTCY GROUP | 3920 ARKWRIGHT RD STE 400 | MACON | GA | 31210 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN BANKRUPTCY DIVISION | C O ANGELICA LEON | PO BOX 579 | BAKERSFIELD | CA | 93302-0579 |
| LA COUNTY TAX COLLECTOR | MAN LING KUO | PO BOX 54110 | | LOS ANGELES | CA | 90054-0110 |
| MYRICK MANAGEMENT LLC | C O GRANTS PASS SHOPPING CENTER | 959 NE D ST | | GRANTS PASS | OR | 97526 |
| PSMHOP LLC | ATTN MANAGER | C O HOPKINS REAL ESTATE GROUP | 17542 17TH ST STE 420 | TUSTIN | CA | 92780-7928 |
| Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | Dover | DE | 19903 |
| SECURITIES & EXCHANGE COMMISSION | | 15TH & PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20020 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street NE | | Washington | DC | 20549 |
| SUTTER COUNTY COUNSEL | WILLIAM VANASEK | 1160 CIVIC CENTER BLVD | | YUBA CITY | CA | 95993 |
| SUTTER COUNTY TREASURER TAX COLLECTOR | JIM STEVENS | PO BOX 546 | | YUBA CITY | CA | 95992 |
| THE MACERICH COMPANY | DAVID M SHORT | 401 WILSHIRE BLVE STE 700 | | SANTA MONICA | CA | 90401 |
| TRUSTEE OF THE GERTRUDE H KLEIN TRUST | GERALD H BLUM | 2020 W ALLUVIAL | | FRESNO | CA | 93711 |
| TULARE COUNTY TAX COLLECTOR | ATTN MELISSA QUINN | 221 S MOONEY BLVD RM 104 E | | VISALIA | CA | 93291-4593 |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | WILLIAM B SULLIVAN | ONE W FOURTH ST | | WINSTON SALEM | NC | 27101 |